SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| SHERILL GLICKMAN AND HAROLD GLICKMAN, | * | |
| Plaintiffs | * | |
| v. | * | Case No. 05-0006217 |
| BAYER CORPORATION, BAYER AKTIENGESELLSCHAFT CORPORATION, BAYER HEALTHCARE, LLC, AND BAYER PHARMACEUTICALS CORPORATION, AND JOHN DOE CORPORATIONS 1-5, | * * * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE NOTE that, pursuant to 28 U.S.C. §§ 1441, 1446, on the 14th day of October, 2005, defendants Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation filed a Notice of Removal in the United States District Court for the District of Columbia. Attached hereto as Exhibit A to this Notice of Filing of Notice of Removal is a copy of the as-filed Notice of Removal (without exhibits). The Clerk of the United States District Court of the District of Columbia has assigned this removed civil action case number

DATED this 14th day of October, 2005.

Respectfully submitted,

_/s/ Michael L. Lisak_
Michael L. Lisak (DC Bar No. 464060)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor

Baltimore, Maryland 21202
(410) 783-4000

Attorneys for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation, Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of October, 2005, a copy of the foregoing Notice of Filing of Notice of Removal, with attachments, was mailed first-class, postage prepaid, to:

> Nathan I. Finkelstein
> Laurie B. Horvitz
> Robert J. Goldman
> FINKELSTEIN & HORVITZ, P.C.
> 7315 Wisconsin Ave.
> Suite 400 East
> Bethesda, MD 20814
> *Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　_____/s/ Michael L. Lisak_____

2