CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

)
)
)
)
Plaintiff  )
)
v.  )   Civil Action No. _____
)
)
Defendant  )
)
)

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer HealthCare LLC ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer HealthCare LLC , which have any outstanding securities in the hands of the public.  Bayer Aktiengesellschaft

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Signature

362286

Bar Identification Number

Richard M. Barnes

Print Name

Goodell, DeVries, Leech & Dann
One Sout Street, Suite 2000

Address

| Baltimore | MD | 21202 |
|---|---|---|
| City | State | Zip |

410-783-4000

Telephone Number