## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHERILL GLICKMAN | * |
| 11321 BERGER TERRACE | |
| POTOMAC, MD 20854 | * |
| | * |
| and | |
| | * |
| HAROLD GLICKMAN | |
| 11321 BERGER TERRACE | * |
| POTOMAC, MD 20854 | |
| | * |
| Plaintiffs | * |
| | |
| v. | *   Case No. 1:05-cv-2046 |
| | |
| BAYER CORPORATION, | * |
| 100 BAYER ROAD | |
| PITTSBURGH, PA 15205-9741 | * |
| | |
| and | * |
| | |
| BAYER PHARMACEUTICALS | * |
| CORPORATION | |
| 400 MORGAN LANE | * |
| WEST HAVEN, CT 06516-4140 | |
| | * |
| and | |
| | * |
| BAYER HEALTHCARE LLC | |
| 511 BENEDICT AVENUE | * |
| TARRYTOWN, NY 10591-5097 | |
| | * |
| and | |
| | * |
| BAYER AKTIENGESELLSCHAFT | |
| CORPORATION | * |
| BAYERWERK | |
| 51368 LEVERKUSEN, GERMAN | * |
| | |
| and | * |
| | |
| JOHN DOE CORPORATIONS 1 – 5 | * |

|  |  |
|---|---|
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

PLEASE enter the appearance of Michael J. Wasicko and GOODELL, DEVRIES, LEECH & DANN, LLP on behalf of Defendants Bayer Corporation, Bayer HealthCare LLC and Bayer Pharmaceuticals Corporation.

        Respectfully submitted,

        **BAYER CORPORATION**

        **BAYER HEALTHCARE LLC**

        **BAYER PHARMACEUTICALS CORPORATION**

        By Counsel

        **GOODELL, DEVRIES, LEECH & DANN, LLP**

Dated: <u>November 15, 2005</u>    By:   */s/ Michael J. Wasicko.*
        Michael J. Wasicko (Federal Bar No. MD27735)
        One South Street, 20th Floor
        Baltimore, Maryland 21202
        (410) 783-4000 telephone
        (410) 783-4040 facsimile
        mjw@gdldlaw.com

## **CERTIFICATE OF SERVICE**

I, <u>Michael J. Wasicko.</u>, hereby certify that on this 15th day of November, 2005, a copy of the foregoing Notice of Entry of Appearance was electronically served upon:

Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814

**Counsel for Plaintiff**

                                                                                                     __/s/ Michael J. Wasicko___

708376