### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | * |  |
| **SHERILL GLICKMAN** | | |
| **11321 BERGER TERRACE** | * | |
| **POTOMAC, MD 20854** | | |
|  | * | |
| and | | |
|  | * | |
| **HAROLD GLICKMAN** | | |
| **11321 BERGER TERRACE** | * | |
| **POTOMAC, MD 20854** | | |
|  | * | |
|  | | |
| **Plaintiffs** | * | |
|  | | |
| v. | * | **Case No. 1:05-cv-2046** |
|  | | |
| **BAYER CORPORATION,** | * | |
| **100 BAYER ROAD** | | |
| **PITTSBURGH, PA  15205-9741** | * | |
|  | | |
| and | * | |
|  | | |
| **BAYER PHARMACEUTICALS** | * | |
| **CORPORATION** | | |
| **400 MORGAN LANE** | * | |
| **WEST HAVEN, CT 06516-4140** | | |
|  | * | |
| and | | |
|  | * | |
| **BAYER HEALTHCARE LLC** | | |
| **511 BENEDICT AVENUE** | * | |
| **TARRYTOWN, NY 10591-5097** | | |
|  | * | |
| and | | |
|  | * | |
| **BAYER AKTIENGESELLSCHAFT** | | |
| **CORPORATION** | * | |
| **BAYERWERK** | | |
| **51368 LEVERKUSEN, GERMAN** | * | |
|  | | |
| and | * | |
|  | | |
| **JOHN DOE CORPORATIONS 1 – 5** | * | |

**Defendants.**                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

PLEASE enter the appearance of Michael L. Lisak and GOODELL, DEVRIES, LEECH &

DANN, LLP on behalf of Defendants Bayer Corporation, Bayer HealthCare LLC and Bayer

Pharmaceuticals Corporation.

Respectfully submitted,

**BAYER CORPORATION**

**BAYER HEALTHCARE LLC**

**BAYER PHARMACEUTICALS CORPORATION**

By Counsel

**GOODELL, DEVRIES, LEECH & DANN, LLP**

Dated: <u>November 30, 2005</u>         By:    <u>   /s/ Michael L. Lisak.           </u>
                                            Michael L. Lisak (D.C. Bar No. 464060)
                                            One South Street, 20th Floor
                                            Baltimore, Maryland 21202
                                            (410) 783-4000 telephone
                                            (410) 783-4040 facsimile
                                            mll@gdldlaw.com

2

3

**CERTIFICATE OF SERVICE**

I, <u>Michael L. Lisak.</u>, hereby certify that on this 30th day of November, 2005, a copy of the

foregoing Notice of Entry of Appearance was electronically served upon:

Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814

**Counsel for Plaintiff**

__/s/ Michael L. Lisak

708381

3