# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN** \* | |
| **11321 BERGER TERRACE** | |
| **POTOMAC, MD 20854** \* | |
| | |
| and \* | |
| | |
| **HAROLD GLICKMAN** | |
| **11321 BERGER TERRACE** \* | |
| **POTOMAC, MD 20854** | |
| \* | |
| | |
| Plaintiffs \* | |
| | |
| v. \* | Case No. 1:05-cv-2046 |
| | |
| **BAYER CORPORATION,** \* | |
| **100 BAYER ROAD** | |
| **PITTSBURGH, PA 15205-9741** \* | |
| | |
| and \* | |
| | |
| **BAYER PHARMACEUTICALS** \* | |
| **CORPORATION** | |
| **400 MORGAN LANE** \* | |
| **WEST HAVEN, CT 06516-4140** | |
| \* | |
| and | |
| \* | |
| **BAYER HEALTHCARE LLC** | |
| **511 BENEDICT AVENUE** \* | |
| **TARRYTOWN, NY 10591-5097** | |
| \* | |
| and | |
| \* | |
| **BAYER AKTIENGESELLSCHAFT** | |
| **CORPORATION** \* | |
| **BAYERWERK** | |
| **51368 LEVERKUSEN, GERMAN** \* | |
| | |
| and \* | |
| | |
| **JOHN DOE CORPORATIONS 1 – 5** \* | |

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   | **Defendants.** |   |   |   | * |   |   |   |   |   |
| * | * | * | * | * | * | * | * | * | * | * | * | * | * |

## NOTICE OF STRIKING OF APPEARANCE

PLEASE STRIKE the appearance of Richard M. Barnes on behalf of Defendants Bayer Corporation, Bayer HealthCare LLC and Bayer Pharmaceuticals Corporation. Michael L. Lisak and Michael J. Wasicko will remain as counsel for these Defendants.

                                              Respectfully submitted,

                                                **GOODELL, DEVRIES, LEECH & DANN, LLP**

Dated: <u>November 30, 2005</u>      By:    <u>   */s/ Richard M. Barnes*    </u>
                                                       Richard M. Barnes (Fed. Bar No. 362286)
                                                       One South Street, 20th Floor
                                                       Baltimore, Maryland 21202
                                                      (410) 783-4000 telephone
                                                      (410) 783-4040 facsimile
                                                      rmb@gdldlaw.com

**CERTIFICATE OF SERVICE**

I, Michael L. Lisak., hereby certify that on this 30th day of November, 2005, a copy of the foregoing Notice of Striking of Appearance was electronically served upon:

Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814

**Counsel for Plaintiff**

                                                          /s/ Richard M. Barnes

708387