IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN,** *et al.*, | * |
| **Plaintiffs** | * |
| v. | *   Case No. 1:05-cv-2046 |
| **BAYER CORPORATION,** *et al.*, | * |
| **Defendants**. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this **17th** day of **January,** 2006 a copy of the First Set of Interrogatories of Defendant Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC to Plaintiff Harold Glickman was mailed, first class, postage prepaid, to:

>Nathan I. Finkelstein
>Laurie B. Horvitz
>Robert J. Goldman
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Ave.
>Suite 400 East
>Bethesda, MD 20814
>*Attorneys for Plaintiffs*

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

                                      Respectfully submitted,

                                      __/s/ Michael J. Wasicko____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

*Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC*