**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHERILL GLICKMAN,** *et al.*, | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Case No. 1:05-cv-2046** |
| **BAYER CORPORATION,** *et al.*, | * | |
| **Defendants**. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I HEREBY CERTIFY that on this **17**th day of **January**, 2006 a copy of the First Set of Interrogatories of Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC to Plaintiff Sherill Glickman was mailed, first class, postage prepaid, to:

> Nathan I. Finkelstein
> Laurie B. Horvitz
> Robert J. Goldman
> FINKELSTEIN & HORVITZ, P.C.
> 7315 Wisconsin Ave.
> Suite 400 East
> Bethesda, MD 20814
> *Attorneys for Plaintiffs*

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

Respectfully submitted,

___/s/ Michael J. Wasicko_____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

**Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC**