IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN,** *et al.*, | * |
| **Plaintiffs** | * |
| v. | *   Case No. 1:05-cv-2046 |
| **BAYER CORPORATION**, *et al.*, | * |
| **Defendants**. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this **17**[th] day of **January**, 2006 a copy of the First Set of Request for the Production of Documents and Things from Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC to Plaintiffs was mailed, first class, postage prepaid, to:

>Nathan I. Finkelstein
>Laurie B. Horvitz
>Robert J. Goldman
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Ave.
>Suite 400 East
>Bethesda, MD 20814
>*Attorneys for Plaintiffs*

2

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

Respectfully submitted,

__/s/ Michael J. Wasicko____
Michael L. Lisak
Michael J. Wasicko
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

*Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC*

2