IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHERILL GLICKMAN,** *et al.*, | * | |
| **Plaintiffs** | * | |
| v. | * | Case No. 1:05-cv-2046 |
| **BAYER CORPORATION,** *et al.*, | * | |
| **Defendants**. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION FOR PROTECTIVE ORDER

NOW comes Defendants Bayer Corporation, Bayer HealthCare LLC and Bayer Pharmaceuticals Corporation (hereinafter "Bayer"), by an through its undersigned counsel, moving to for a protective order for documents requested by Plaintiffs in their First Requests for Production of Documents and any subsequent requests for documents, and in support of this motion represent as follows:

1. This products liability matter arises from an injury sustained by Plaintiff, allegedly associated with the prescription antibiotic Cipro®.

2. In her First Requests for Production of Documents, Plaintiff asked Bayer to produce numerous documents, which Bayer has agreed to produce. However, many of these documents contain confidential trade secrets and other proprietary information, as well as confidential patient and physician information.

3.      Counsel for Bayer and counsel for Plaintiffs have conferred and the parties agree that a Protective Order is appropriate to protect the confidential trade secrets, proprietary information and other confidential information contained in the documents Bayer is required to produce.  A Protective Order, agreed upon by counsel for both parties, is attached with this motion.

WHEREFORE, the parties respectfully request that this Honorable Court grant this Motion for a Protective Order for all documents produced by Bayer in this matter.

Respectfully Submitted,

| | |
|---|---|
| */s/ Robert J. Goldman* | */s/ Michael J. Wasicko* |
| Nathan Finkelstein (Fed. Bar No. 173682) | Michael L. Lisak (Fed. Bar No. 464060) |
| Robert J. Goldman (Fed. Bar No. 481642) | Michael J. Wasicko (Fed. Bar No. MD27735) |
| FINKELSTEIN & HORVITZ, P.C. | GOODELL, DEVRIES, LEECH & DANN, LLP |
| 7315 Wisconsin Ave. | One South Street, 20th Floor |
| Suite 400 East | Baltimore, MD  21202 |
| Bethesda, MD 20814 | (410) 783-4000 |
| (301) 951-8400 | |
| | ***Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC*** |
| ***Attorneys for Plaintiffs*** | |

**CERTIFICATE OF SERVICE**

I, <u>Michael J. Wasicko.</u>, hereby certify that on this 22nd day of February, 2006, a copy of the foregoing Consent Motion for Protective Order was electronically served upon:

Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814

**Counsel for Plaintiff**

                                                              __/s/ Michael J. Wasicko___

733160