UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERRILL GLICKMAN, et al., | : |
| Plaintiffs | : |
| v. | : Case No. 1:05-cv-2046 |
| BAYER CORPORATION, et al., | : |
| Defendants. | : |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on the 9th day of March 2006, I served Michael L. Lisak, Esquire and Michael J. Wasicko, Esquire, attorneys for Defendant, Bayer Corporation, et al., the following discovery by facsimile and overnight delivery at Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202. I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

List of Discovery Served:

(1). Plaintiff Harold Glickman's Answers and Objections to Defendants' First Set of Interrogatories.

(2). Plaintiff Sherrill Glickman's Answers and Objections to Defendants' First Set of Interrogatories.

(3). Responses and Objections of Plaintiffs to Requests for Plaintiffs to Requests for Production of Documents.

Respectfully submitted,

Finkelstein & Horvitz, PC

/s/
_____
Nathan I. Finkelstein, Esquire
Laurie B. Horvitz, Esquire
Robert I. Goldman, Esquire
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814
Telephone: (301) 951-8400