## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al., | : |
| Plaintiffs | : |
| vs. | : Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | : |
| Defendants. | : |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this **4th** day of **April**, 2006 a copy of the Defendant Bayer Pharmaceutical Corporation's Answers to Plaintiffs' Interrogatories was mailed, first class, postage prepaid, to:

> Nathan I. Finkelstein
> Laurie B. Horvitz
> Robert J. Goldman
> FINKELSTEIN & HORVITZ, P.C.
> 7315 Wisconsin Ave.
> Suite 400 East
> Bethesda, MD 20814
> *Attorneys for Plaintiffs*

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

                                            Respectfully submitted,

                                         __/s/ Michael J. Wasicko____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

***Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC***