IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | : | |
| Plaintiffs | : | |
| vs. | : | Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | : | |
| Defendants. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY MATERIALS**

I HEREBY CERTIFY that on this **4th** day of **April**, 2006 a copy of the Defendant Bayer Healthcare LLC's Answers to Plaintiffs' Interrogatories was mailed, first class, postage prepaid, to:

>Nathan I. Finkelstein
>Laurie B. Horvitz
>Robert J. Goldman
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Ave.
>Suite 400 East
>Bethesda, MD 20814
>*Attorneys for Plaintiffs*

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

Respectfully submitted,

__/s/ Michael J. Wasicko____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

***Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC***