IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Civil No.: 1:05-cv-2046 |
| | : | |
| BAYER CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE OF DISCOVERY MATERIALS

I HEREBY CERTIFY that on this **4**[th] day of **April**, 2006 a copy of the Defendant Bayer Corporation's Responses to Plaintiffs' Request for the Production of Documents was mailed, first class, postage prepaid, to:

>Nathan I. Finkelstein
>Laurie B. Horvitz
>Robert J. Goldman
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Ave.
>Suite 400 East
>Bethesda, MD 20814
>***Attorneys for Plaintiffs***

The original of the above-described discovery documents shall be kept in the file of undersigned counsel until the conclusion of this action.

                          Respectfully submitted,

                          __/s/ Michael J. Wasicko____
                          Michael L. Lisak (Fed. Bar No. 464060)
                          Michael J. Wasicko (Fed. Bar No. MD27735)
                          GOODELL, DEVRIES, LEECH & DANN, LLP
                          One South Street, 20th Floor
                          Baltimore, Maryland  21202
                          (410) 783-4000

                          ***Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC***