IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN , et al. | * | |
|     Plaintiffs | * | |
| | * | |
| v. | * | Case No. 1:05-cv-2046 |
| | * | |
| BAYER CORPORATION, et al. | * | |
| | * | |
|     Defendants. | * | |

## AMENDMENTS TO SCHEDULING ORDER

Plaintiffs, Sherill and Harold Glickman, by and through counsel, and Defendants, Bayer Corporation, Bayer HealthCare LLC and Bayer Pharmaceuticals Corporation, by and through counsel, pursuant to Local Rule 16.3 of the United States District Court of the District of Columbia respectfully submit the following amendments to the previously submitted Scheduling Order:

2. The Parties agree that the remaining discovery deadlines specific to this case shall proceed on the following schedule:

    c. The close of factual discovery shall be October 31, 2006.

    d. The deadline for Plaintiffs to identify experts and to provide expert reports shall be November 30, 2006.

    e. The depositions of Plaintiffs' experts are to be completed by December 29, 2006.

    f. The deadline for Defendants to identify experts and to provide expert reports shall be January 30, 2007.

    g. The depositions of Defendants' experts are to be completed by March 7, 2007.

h. The deadline for Plaintiffs to identify rebuttal experts shall be March 30, 2007.

i. The deadline for the filing of Requests for Admission shall be March 30, 2007.

j. The depositions of Plaintiffs' rebuttal experts shall be completed by April 27, 2007.

k. The deadline for the filing of Responses to Requests for Admissions shall be May 3, 2007.

l. The deadline for the filing of dispositive motions and/or Daubert motions shall be May 31, 2007.

m. The date of the Pre-Trial Conference shall be provided by the Court. Motions *in limine* shall be filed by the date of the Pre-Trial Conference

n. The trial shall begin on the date provided by the Court. The Parties agree that the trial on this matter should take two to possibly three weeks to complete.

_____
Judge Ellen S. Huvelle
U.S. District Court for District of Columbia

_____/S/_____  _____/S/_____
Nathan I. Finkelstein, #173682         Michael Lisak, #464060
Laurie B. Horvitz, #384702             Michael Wasicko, #MD27735
Robert J. Goldman, #481642             Goodell, DeVries, Leech & Dann, LLP
7315 Wisconsin Avenue, Suite 400 East  One South Street, Suite 2000
Bethesda, Maryland  20814              Baltimore, Maryland  21202
(301) 951-8400                         (410) 783-4036
Attorneys for Plaintiffs               Attorneys for Defendants