UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al. )<br>)<br>)<br>)<br>           Plaintiffs, )<br>)<br>   v. )<br>)<br>)<br>BAYER CORPORATION, et al. )<br>)<br>           Defendants. )<br>_____) | Civil Action No. 1:05-cv-2046 |

## CONSENT MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY AND AMEND SCHEDULING ORDER

Plaintiffs Sherill Glickman, et al. (hereinafter "Plaintiffs"), by and through undersigned counsel, move this Court for an Order, pursuant to Fed. R. Civ. P. 6, enlarging the time for the parties to complete discovery and, in conjunction with such an enlargement of time, to extend the subsequent deadlines established in the scheduling order. Plaintiffs request that this Court issue a new scheduling Order based on these revised deadlines. The instant Motion is filed before the existing close of factual discovery. Counsel for Defendants, Bayer Corporation, et al., consent to the requested extension of deadlines. A memorandum of points and authorities in support of this Motion is attached.

Respectfully submitted,

FINKELSTEIN & HORVITZ, PC

By: _____/S/_____
Nathan I. Finkelstein # 173682
Laurie B. Horvitz # 384702
Robert J. Goldman #16261
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD  20814
(301) 951-8400
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2006, a copy of the foregoing Consent Motion to Extend Deadlines Established in Scheduling Order was mailed, first-class, postage prepaid, to:

Michael Lisak, Esquire
Michael Wasicko, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

__/S/_____
Nathan I. Finkelstein

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.          )
                                  )
                                  )
                                  )   Civil Action No. 1:05-cv-2046
            Plaintiffs,           )
                                  )
        v.                        )
                                  )
                                  )
BAYER CORPORATION, et al.         )
                                  )
            Defendants.           )
_____ )

### MEMORANDUM IN SUPPORT OF CONSENT MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY AND AMEND SCHEDULING ORDER

In support of the Consent Motion to Enlarge Time to Complete Discovery and Amend Scheduling Order, Plaintiffs offer the following:

On or about December 2, 2005, the parties submitted a Jointly Proposed Scheduling Order, in which the parties consented to the follow applicable deadlines:

| | |
|---|---|
| Close of factual discovery | 8/31/06 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) | 9/30/06 (Plaintiffs) |
| | 11/30/06 (Defendants) |
| Depositions of Plaintiffs' experts completed by | 10/30/06 |
| Depositions of Defendants' experts completed by | 1/7/07 |
| Rebuttal experts identified by | 1/31/07 |
| Requests for Admissions served by | 1/31/07 |
| Depositions of rebuttal experts completed by | 2/28/07 |

      Dispositive Motions/Daubert Motions filed by        3/31/07

On December 16, 2005, this Honorable Court, based on this proposal, entered a Scheduling Order establishing March 2, 2007 as the deadline for discovery to be completed and March 31, 2007 as the deadline for filing dispositive/Daubert motions.

Since the entry of the Scheduling Order, the parties have vigorously engaged in written discovery. The claims raised in this matter are extremely complex and involve sophisticated issues of design, manufacture and production of a pharmaceutical known as Ciprofloxacin and injuries suffered by Plaintiff Sherill Glickman following her ingestion of that pharmaceutical.

Based upon the complicated issues presented, the parties require an additional period of time within which to complete factual discovery and prepare this case for trial. As such, Plaintiffs request that the close of factual discovery be extended until October 31, 2006 and that a new Scheduling Order be issued extending each subsequent deadline for a period of sixty (60) days.

                                                Respectfully submitted,

By:    ____/S/_____
        Nathan I. Finkelstein # 173682
        Laurie B. Horvitz # 384702
        Robert J. Goldman #16261
        7315 Wisconsin Avenue
        Suite 400 East
        Bethesda, MD  20814
        (301) 951-8400
        Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al. ) | |
| ) | |
| ) | |
| ) | Civil Action No. 1:05-cv-2046 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BAYER CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER ON CONSENT MOTION

Upon consideration of the Consent Motion to Enlarge Time to Complete Discovery and Amend Scheduling Order and for good cause having been shown, it is this ____ day of _____, 2006,

ORDERED that the Consent Motion is GRANTED and the Clerk is directed to enter the Scheduling Order in the form attached hereto.

SO ORDERED.

_____
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA