IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.,        *

    Plaintiffs        *

vs.        *        Civil No.: 1:05-cv-2046

BAYER CORPORATION, et al.,        *

    Defendants.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND TO AMEND SCHEDULING ORDER**

    Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC, by and through undersigned counsel, hereby submit this Consent Motion, asking this Court for an Order, pursuant to Rule 6 of the Federal Rules of Civil Procedure, enlarging the time for the parties to complete discovery and to extend the subsequent deadlines established in the Scheduling Order, and in support of this motion state as follows:

    1.    This product liability case arises from allegations of an injury sustained by Plaintiffs, allegedly associated with the prescription antibiotic Cipro® prescribed to Plaintiff Sherill Glickman.

    2.    On or about December 2, 2005, the parties submitted a Jointly Proposed Scheduling Order, in which the parties consented to the following deadlines:

        a.  Close of factual discovery: August 31, 2006

        b.  Plaintiffs' Rule 26(a)(2)(B) reports: September 30, 2006

        c.  Defendants' Rule 26(a)(2)(B) reports: November 30, 2006

        d.  Depositions of Plaintiffs' experts completed: October 30, 2006

        e.  Depositions of Defendants' experts completed: January 7, 2007

    f. Rebuttal expert designation: January 31, 2007

    g. Deadline for requests for admissions: January 31, 2007

    h. Depositions of rebuttal experts completed: February 28, 2007

    i. Close of all discovery: March 2, 2007

    j. Dispositive motions/Daubert motions deadline: March 31, 2007

  3. On or about August 8, the parties filed a Consent Motion to extend the discovery period, in which the parties agreed to extend the close of factual discovery to October 31, 2006 and to extend the subsequent deadlines established in the Scheduling Order by sixty (60) days.

  4. Since the amendment of the Scheduling Order, the parties have vigorously engaged in written discovery and depositions of fact witnesses. In addition, the 30(b)(6) deposition of the Bayer Corporate designee has been scheduled, but, because of the witnesses unavailability, the deposition will not take place until December 8, 2006.

  5. The claims raised by Plaintiffs in this matter are complex and involve sophisticated issues of design, manufacture and production of the prescription antibiotic Cipro® and the injuries allegedly suffered by Plaintiff Sherill Glickman following her ingestion of Cipro®. Because of the complex nature of the issues in this matter, there are many fact witness depositions (primarily treating and/or prescribing physicians).

  6. Based on the complicated issues presented, the parties require an additional period of time within which to complete factual discovery and to prepare this case for trial.

  7. The Defendants request that the close of fact discovery be extended to December 15, 2006 and that a new Scheduling Order be issued extending each subsequent deadline for a period of sixty (60) days. An amended Scheduling Order is attached.

8.      Counsel for the Plaintiffs have been consulted and they consent to the requested extension of deadlines.

WHEREFORE, the Defendants request that the close of fact discovery be extended to December 15, 2006 and that a new Scheduling Order be issued extending each subsequent deadline for a period of sixty (60) days.

Respectfully Submitted,

*/s/ Robert J. Goldman*
Nathan Finkelstein (Fed. Bar No. 173682)
Robert J. Goldman (Fed. Bar No. 481642)
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814
(301) 951-8400

*Attorneys for Plaintiffs*

*/s/ Michael J. Wasicko*
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

*Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC*

## **CERTIFICATE OF SERVICE**

I, Michael J. Wasicko., hereby certify that on this 10th day of October, 2006, a copy of the foregoing Consent Motion to Extend Time to Complete Discovery and to Amend Scheduling Order was electronically served upon:

Nathan I. Finkelstein
Laurie B. Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814

**Counsel for Plaintiff**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Michael J. Wasicko____

798474

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Consent Motion to Extend Time to Complete Discovery and to Amend Scheduling Order and for good cause having been shown, it is this _____ day of _____, 2006,

ORDERED that the Consent Motion is GRANTED and the Clerk is directed to enter the Scheduling Order in the form attached hereto.

_____
Judge Ellen S. Huvelle
United States District Court for the District of Columbia