IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC, by and through counsel, and Plaintiffs, Sherill Glickman and Harold Glickman, by and through counsel, pursuant to Local Rule 16.3 of the United States District Court of the District of Columbia, respectfully submit the following amended Scheduling Order and further state that the parties agree that the remaining deadlines specific to this case shall proceed on the following schedule:

1. The close of factual discovery shall be December 15, 2006;

2. The deadline for Plaintiffs to identify experts and to provide expert reports shall be January 30, 2007;

3. The depositions of Plaintiffs' experts are to be completed by March 1, 2007;

4. The deadline for Defendants to identify experts and to provide expert reports shall be March 2, 2007;

5. The depositions of Defendants' experts are to be completed by May 7, 2007;

6. The deadline for Plaintiffs to identify rebuttal experts shall be May 30, 2007;

7. The deadline for filing Requests for Admission shall be May 30, 2007;

8. The depositions of Plaintiffs' rebuttal experts shall be completed by June 29, 2007;

9. The deadline for the filing of Responses to Requests for Admissions shall be July 3, 2007;

10. The deadline for the filing of dispositive motions and/or Daubert motions shall be July 31, 2007;

11. The date of the Pre-Trial Conference shall be provided by the Court. Motions *in Limine* shall be filed by the date of the Pre-Trial Conference;

12. The trial shall begin on the date provided by the Court. The parties agree that the trial on this matter should take two to possibly three weeks to complete.

_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia