UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHERILL GLICKMAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2046 (ESH) |
| BAYER CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## AMENDED SCHEDULING ORDER

Upon consideration of defendants' Consent Motion to Extend Time to Complete Discovery and to Amend Scheduling Order, it is hereby **ORDERED** that the remaining discovery and related deadlines are extended as follows:

1. The close of factual discovery shall be December 15, 2006;

2. Plaintiffs shall identify experts and provide expert reports on or before January 30, 2007;

3. The depositions of plaintiffs' experts shall be completed on or before March 1, 2007;

4. Defendants shall identify experts and provide expert reports on or before March 2, 2007;

5. The depositions of defendants' experts shall be completed on or before May 7, 2007;

6. Plaintiffs shall identify rebuttal experts on or before May 30, 2007;

7. Requests for Admissions shall be filed on or before May 30, 2007;

8. The depositions of plaintiffs' rebuttal experts shall be completed on or

before June 29, 2007;

       9.    Responses to Requests for Admissions shall be filed on or before July 3, 2007;

      10.    Dispositive motions and/or Daubert motions shall be filed on or before July 31, 2007; and

It is **FURTHER ORDERED** that the status conference set for May 16, 2007, is vacated and reset for July 10, 2007, at 9:15 a.m.

**SO ORDERED.**

                                                                                                          s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

DATE: October 11, 2006

2