UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.           )
                                   )
                                   )
                                   )
                                   )    Civil Action No. 1:05-cv-2046
            Plaintiffs,            )
                                   )
     v.                            )
                                   )
                                   )
BAYER CORPORATION, et al.          )
                                   )
            Defendants.            )
_____)

**PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO
IDENTIFY/DESIGNATE EXPERTS AND PROVIDE RULE 26(a)(2)(B)
REPORTS AND TO AMEND SCHEDULING ORDER**

Plaintiffs Sherill Glickman, et al. (hereinafter "Plaintiffs"), by and through undersigned counsel, move this Court for an Order, pursuant to Fed. R. Civ. P. 6, extending the time for Plaintiffs to identify/designate experts and provide Rule 26(a)(2)(B) reports and amending the Scheduling Order to extend the subsequent deadlines established in the Amended Scheduling Order. The instant Motion is filed before the existing deadline for identifying experts and providing Rule 26(a)(2)(B) reports. Counsel for Defendants, Bayer Corporation, et al., consents to the requested extension of deadlines. A memorandum in support of this Motion is attached.

                Respectfully submitted,
                FINKELSTEIN & HORVITZ, PC

                By:    _____/s/_____
                         Nathan I. Finkelstein # 173682
                         Laurie B. Horvitz # 384702
                         Robert J. Goldman #481642
                         7315 Wisconsin Avenue
                         Suite 400 East
                         Bethesda, MD   20814
                         (301) 951-8400

                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 25th day of January 2007, a copy of the foregoing  was mailed, first-class, postage prepaid, to:
Michael Lisak, Esquire
Michael Wasicko, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

                                          _____/s/_____
                                          Robert J. Goldman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.      )
                              )
                              )
                              )
                              )   Civil Action No. 1:05-cv-2046
         Plaintiffs,          )
                              )
     v.                       )
                              )
                              )
BAYER CORPORATION, et al.     )
                              )
         Defendants.          )
_____)

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO IDENTIFY/DESIGNATE EXPERTS AND PROVIDE RULE 26(a)(2)(B) REPORTS AND TO AMEND SCHEDULING ORDER**

In support of the Consent Motion, Plaintiffs offer the following:

1. The instant matter involves a complex products liability claim arising from injuries asserted by Plaintiffs were associated with Plaintiff Sherill Glickman's use of the antibiotic Cipro.

2. On or about October 11, 2006, this Honorable Court granted Defendant's Consent Motion to Extend Time to Complete Discovery and To Amend Scheduling Order and amended the Scheduling Order, establishing, *inter alia*, January 30, 2007 as the deadline for Plaintiffs to identify experts and to provide expert reports.

3. Since that time, the parties engaged in a significant amount of factual discovery, participating in written discovery and completing depositions of the parties and Sherill Glickman's treating physicians.

4. Due to some technical problems, Plaintiffs' counsel was unable to access certain documents on CDs produced by Defendants in response to

Plaintiffs' Request for Production of Documents. Counsel for Defendants timely cooperated in providing paper copies of these documents. However, there was a delay in retrieving and distributing said documents to Plaintiffs' experts due to the aforementioned technical problems. Said documentation is fairly extensive and relevant to the claims raised by Plaintiffs. Plaintiffs require additional time to provide said documentation to its experts so that they may fully analyze the content of all documents and satisfactorily and completely prepare their expert reports pursuant to Rule 26(a)(2)(B).

5. Based upon the complicated issues raised in this matter, involving sophisticated issues of design, manufacture, production and distribution of the antibiotic Cipro, Plaintiffs request additional time within which their experts may analyze the documents produced by Defendants collectively and issue their expert reports.

6. Furthermore, the parties engaged in good faith settlement discussions during the month of January 2007, in an effort to reach a resolution of this claim. Though no resolution has been reached, the parties focused their resources on meaningful settlement discussions and assessing the opportunities to resolve the matter.

7. Due to these factors, Plaintiffs request an extension of time for the upcoming expert deadline and all subsequent remaining deadlines.

8. Plaintiffs request through and including February 28, 2007 to identify/designate their expert witnesses and provide their 26(a)(2)(B) expert reports.

9. Counsel for Defendants has been consulted and they consent to the requested extension of deadlines, as set forth on the proposed Second Amended Scheduling Order.

WHEREFORE, Plaintiffs request that the deadline for identifying/designating their expert witnesses and providing Plaintiffs' 26(a)(2)(B) expert reports be extended until February 28, 2007 and the Amended Scheduling Order be revised to extend each subsequent deadline for a period of thirty (30) days.

Respectfully submitted,

By: _____
Nathan I. Finkelstein # 173682
Robert J. Goldman #481642
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD  20814
(301) 951-8400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al. ) | |
| ) | |
| ) | |
| ) | Civil Action No. 1:05-cv-2046 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BAYER CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER ON CONSENT MOTION

Upon consideration of the Plaintiffs' Consent Motion to Extend Time To Identify/Designate Experts and Provide Rule 26(a)(2)(B) Reports and to Amend Scheduling Order and for good cause having been shown, it is this _____ day of _____, 2007,

ORDERED that the Consent Motion is GRANTED and the Clerk of this Court is directed to enter the attached Second Amended Scheduling Order to reflect the new deadlines contained therein.

SO ORDERED.

_____
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.  )
                          )
                          )
                          )  Civil Action No. 1:05-cv-2046
             Plaintiffs,  )
                          )
         v.               )
                          )
                          )
BAYER CORPORATION, et al. )
                          )
             Defendants.  )
_____)

## SECOND AMENDED SCHEUDLING ORDER

Plaintiffs, Sherill Glickman and Harold Glickman, and Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC, pursuant to Local Rule 16.3 of the United States District Court for the District of Columbia, submit the following Second Amended Scheduling Order and further state that the parties agree to the following remaining deadlines:

1.  The deadline for Plaintiffs to identify expert witnesses and to provide expert reports shall be February 28, 2007;

2.  The depositions of Plaintiffs' experts are to be completed by April 2, 2007;

3.  The deadline for Defendants to identify expert witnesses and to provide expert reports shall be May 2, 2007;

4.  The depositions of Defendants' experts are to be completed by June 1, 2007;

5.  The deadline for Plaintiffs to identify rebuttal experts shall be June 25, 2007;

6.  The deadline for filing Requests for Admission shall be June 25, 2007;

7.  The depositions of Plaintiffs' rebuttal experts shall be completed by July 25, 2007;

8. The deadline for the filing of Responses to the Requests for Admissions shall be August 2, 2007;

9. The deadline for filing dispositive motions and/or Daubert motions shall be August 30, 2007;

10. The date of the Pre-Trial Conference shall be provided by the Court. Motions in limine shall be filed by the date of the Pre-Trial conference;

11. The trial shall begin on the date provided by the Court. The parties agree that the trial on this matter should take two to possibly three weeks to complete.

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA