# EXHIBIT A

**Bonnie Bilson**

| | |
|---|---|
| **From:** | Michael Lisak |
| **Sent:** | Wednesday, February 28, 2007 4:59 PM |
| **To:** | Bonnie Bilson |
| **Subject:** | Fw: Glickman |

-----Original Message-----
From: Laurie Horvitz <laurieh@fandhlaw.com>
To: Michael Lisak
CC: Natf@Fandhlaw.Com <natf@fandhlaw.com>; Rob Goldman <rgoldman@fandhlaw.com>
Sent: Wed Feb 28 16:56:30 2007
Subject: RE: Glickman

Thanks for the reminder!  We will be sending a fax shortly with our expert designations.  I will call you tomorrow. - Laurie

    -----Original Message-----
    From: Michael Lisak [mailto:mll@gdldlaw.com]
    Sent: Wednesday, February 28, 2007 4:10 PM
    To: laurieh@fandhlaw.com
    Cc: natf@fandhlaw.com; Rob Goldman
    Subject: Glickman

    Laurie,

    Your expert reports are due today (I have not yet received them but assume they are on the way).  When you have a moment, can you call me so that we can arrange mutually-convenient times for their respective depositions?  Thanks.

    Michael L. Lisak

    ------------------------------------------------------------
    IMPORTANT CONFIDENTIALITY NOTICE
    This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
    contains information that may be privileged, confidential,
    and protected from disclosure under applicable law.  If the
    reader of this message is not the intended recipient or the
    employee or agent responsible for delivering the message to
    the intended recipient, you are hereby notified that any
    dissemination, distribution, or copying of this communication
    is strictly prohibited.

    If you have received this communication in error, please
    reply to the sender that you have received the message in
    error and delete the message, or notify us immediately at
    our telephone number: (410)783-4000.