# EXHIBIT B

02/28/2007 17:52 FAX  3019518401          FINKELSTEIN & HORVITZ PC                    ☑ 001/035

**LAW OFFICES**
**FINKELSTEIN & HORVITZ, P.C.**
SUITE 400 EAST
7315 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814
(301) 951-8400
Facsimile (301) 951-8401
Email: info@fandhlaw.com

Nathan I. Finkelstein ★★✦                                                    ★ MD, ✳ DC, ✦ CA
Laurie B. Horvitz ★★

Robert J. Goldman ★✦✦
Emily D. Gooding ★★

## FACSIMILE COVER SHEET

| TO: Michael Lisak, Esq. | FROM: Nathan I. Finkelstein, Esq. |
|---|---|
| RE: Glickman v. Bayer<br>Superior Court for the District of Columbia<br>Case Number 05CA 0006217 | DATE: February 28, 2007 |
| FAX NO: 410-783-4040 | Number of PAGES incl. cover page 35 |

**MESSAGE:**

Please call 301/951-8400 if you do not receive all of the pages.

****************

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If your receipt of this transmission is in error, please notify this firm immediately by collect call and send the original transmission to us by return mail at the above address.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.                )
                                        )
                                        )
                                        )          Civil Action No. 1:05-cv-2046
            Plaintiffs,                 )
                                        )
      v.                                )
                                        )
                                        )
BAYER CORPORATION, et al.               )
                                        )
            Defendants.                 )
                                        )

## PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

Plaintiffs, by and through undersigned counsel, hereby provide disclosures regarding witnesses to be retained or specially employed to provide expert testimony in this case.

The Plaintiffs hereby provides the following disclosure of experts:

**1.   Dr. Michael Casparian.**
       **5504 West 87th Street**
       **Overland Park, KS 66207-1618**

**Qualifications.** A copy of Dr. Casparian's CV is attached.  In part, the witness is a licensed physician and is a professor of medicine at the University of Kansas.  He is a published author regarding the issues in this case.  He is a co-author of *Quinolones and Tendon Ruptures,* Southern Medical Journal, May 2000 (Vol. 93, No.5).  He has surveyed available medical literature regarding the relationship between fluoroquinolone use and tendon disorders.

**Anticipated Opinions.** Dr. Casparian is expected to give testimony regarding the causal relationship between the drug Cipro and the injuries

1

sustained by Sherill Glickman. Dr. Casparian's report is attached hereto. In part, he is expected to testify that there is a causal relationship between tendon injuries sustained by Ms. Glickman and her consumption of Cipro. The exhibits that were used in formulating this opinion are the medical records of Sherill Glickman, which have been disclosed to Defendants' counsel previously. Furthermore, Dr. Casparian has relied on documents that were provided in discovery by the Defendants, including but not limited to articles regarding the causal relationship of Cipro and other fluoroquinolones and tendon injuries. Dr. Casparian will rely upon published medical literature regarding the relationship between fluorquinolone use and tendon disorders.

**Compensation.** Dr. Casparian is being paid at the hourly rate of $500 for the study and testimony to be presented.

**Prior Testimony.** Plaintiffs are aware of no other cases in which the witness has testified as an expert or by deposition during the preceding four years.

2.   **Warren S. Joseph, D.P.M.**
     1109 Old Ford Rd.
     Huntingdon Valley, PA  19006

**Qualifications.** Warren Joseph is a licensed Doctor of Podiatric Medicine. Attached hereto is Dr. Joseph's curriculum vitae, which includes his qualifications as well as all of his articles, which he has published, and a listing of other qualifications to give a testimony herein. In part, he will rely upon his clinical experiences relating to injuries to lower extremities and the reliance of

2

medical practictioners upon the information provided by drug manufacturers and drug representatives.

**Anticipated Opinions.**     Dr. Joseph is expected to testify as to the failure of Bayer during the relevant time frames to provide adequate warnings and labels regarding tendon disorders and Cipro consumption.  It is anticipated that Dr. Joseph will testify that Bayer failed to provide information sufficient to alert a reasonable practitioner or patient as to the known association between tendon injuries and Cipro.  Dr. Joseph's report will be produced shortly.  He will be relying upon the pertinent PDR entries, the product labeling, proposed labeling, published medical literature, communications with the FDA regarding labeling, the FDA Medical Bulletin, Oct. 1996, Vol. 26, No. 3, entitled "Reports of Adverse Events with Fluoroquinolones," the Professional Services Newsletters for October 1994, April 1995, July 1996, October 1996, and other documents produced by Bayer relating to labeling decisions and analysis.  Such documents include, but are not limited to: Glickman 00352030-00352031.

3.     **Plaintiff Harold Glickman, D.P.M.**

**Qualifications and Testimony.**  A curriculum vitae is being produced. Dr. Glickman is expected to testify regarding the practices of drug representatives in the medical office setting, and the general use and review of drug labeling by practitioners.

4.     **Treating Physicians and Medical Providers.**  It is anticipated that the Plaintiffs will be using as experts numerous treating physicians and medical providers, many of whom have been deposed in this case.  All of these witnesses

3

will rely upon their medical records relating to Ms. Glickman, their clinical observations, findings and conclusions relating to Ms. Glickman, and their general educational, clinical and professional experiences.  Those experts include:

    A. **Dr. Robert Palmer**; Dr. Palmer is expected to testify that there is a causal relationship between the shoulder injury sustained by Sherill Glickman and the use of Cipro.  Dr. Palmer was the treating physician who performed surgery on Ms. Glickman's shoulder. He is also expected to testify that the shoulder has sustained a permanent injury that cannot be repaired by means of surgical or medical interventions

    B. **Dr. Steven Tuck.** Dr. Tuck produced a Curriculum Vitae previously in this case.  Dr. Tuck has been deposed in this case. Dr. Tuck is expected to testify that there is a causal relationship between Cipro consumption and the injuries that Ms. Glickman sustained on her shoulder. He is expected to testify as to the medical treatment of Ms. Glickman, the procedures performed and her permanent injury.  Furthermore Dr. Tuck will testify regarding Ms. Glickman's pain, limitations and need for future medical attention.

    C. **Dr. Stephen Kominsky.** Dr. Kominsky previously produced a curriculum vitae in this case.  He also has been deposed. Dr. Kaminski is expected to testify that he did surgery on Ms.

4

Glickman's foot/ankle due to tendon damage.  He is expected to testify regarding the opinions that he formed during his care and treatment of Ms. Glickman.

D. **Dr. Carlos Silva.** Dr. Silva has been deposed previously in this case. Dr. Silva was a treating physician of Ms. Glickman's who has previously testified in this matter and his qualifications are known to the Defendants. Dr. Silva is expected to testify regarding his care and treatment of Ms. Glickman, including medical opinions developed during his treatment of Ms. Glickman. Dr. Silva is expected to testify that the PDR and product labeling did not include certain information relating to tendon disorders at the time that he prescribed Cipro to Ms. Glickman.  He is expected to testify that he was unaware of the FDA request in or about 1995/1996 for more extensive warnings/labeling disclosures regarding tendon disorders.  He is expected to testify that the drug sales personnel have come to his office, provided him with samples of Cipro, and discussed the drug with him.  The drug representatives did not initiate any discussions regarding the association between fluroquinolones and tendon disorders/ruptures.  He is expected to testify that he does not necessarily know if his gastrointestinal patients suffer tendon injuries after they complete prescribed courses of fluoroquinolone treatment.

5

E、 **Dr. Cesar Rudzki.** Dr. Rudzki provided care and treatment to
Ms. Glickman. He has been deposed in this case and his
credentials are known to the Defendants. Dr. Rudzki is expected
to testify regarding his care and treatment of Ms. Glickman,
including medical opinions developed during his treatment of
Ms. Glickman. Dr. Rudski is expected to testify that the PDR
and product labeling did not include certain information relating
to tendon disorders at the time that he prescribed Cipro to Ms.
Glickman. He is expected to testify that he was unaware of the
FDA request in or about 1995/1996 for more extensive
warnings/labeling disclosures regarding tendon disorders. He is
expected to testify that the drug sales personnel have come to
his office, provided him with samples of Cipro, and discussed
the drug with him. The drug representatives did not initiate any
discussions regarding the association between fluroquinolones
and tendon disorders/ruptures. He is expected to testify that he
does not necessarily know if his gastrointestinal patients suffer
tendon injuries after they complete prescribed courses of
fluoroquinolone treatment.

F. **Additional Medical Providers.** Ms. Glickman's care is
ongoing. She reserves the right to designate further treating
physicians and medical providers. She also reserves the right

6

to call all of her other medical providers as witnesses in this
case.

5. Appropriate person(s) from the **Food and Drug Administration**,
including but not limited to the Center for Drug Evaluation and Research, White
Oak Campus, New Hampshire Avenue, Silver Spring, Maryland. In part, these
individuals are expected to testify as to the drug labeling process and the role of
the drug manufacturer with respect to labeling, warnings, collection of clinical and
adverse event reporting data, reporting of information to the FDA, and the
analysis of data regarding drug safety. They will testify as to the role of the FDA
in this process and the importance of drug company participation in this process.
They are expected to provide expert and factual testimony as follows:

A.     The pharmaceutical industry shares responsibility for providing
adequate warnings and labeling about prescription drugs. The FDA endeavors
to participate in the warning and labeling review process. However, the FDA has
finite and limited resources with which to accomplish this mandate. The FDA is
dependent upon drug manufacturers to provide complete, accurate, timely and
truthful information about its drugs. The FDA's decisions with respect to
marketed drugs depend on the manufacturers' disclosures of relevant information
concerning the safety and effectiveness of the drugs.

B.     The manufacturers' obligations to the FDA and to the public are
continuing in nature. They are not limited to initial drug approval.

C.     Federal regulations governing pharmaceuticals are, in many
respects, minimal standards.

7

D.    Drug labeling is determined pursuant to a collaborative process. That process involves negotiations between the FDA and the drug manufacturer.

E.    The applicable labeling regulations provide for a written warning section. That section must be revised to include warnings as soon as there is reasonable evidence of association between the hazard and the drug. It is not necessary that there be a causal relationship established in order to include a warning regarding a drug. In situations where there are safety concerns, a drug manufacturer has the option to initiate a warning addition or change to a label without prior prompting or approval by the FDA. Some warnings may be placed within a boldfaced box for extra emphasis.

E.    There is a continuing obligation on the part of the drug manufacturer to submit to the FDA all relevant information regarding serious and unexpected adverse events, regardless of the source. The FDA depends on the manufacturer to correctly identify an adverse event as serious and unexpected and to inform the FDA of the same in a timely manner, particularly where such impact information may impact the public health.

F.    Compliance with post marketing regulations is the responsibility of the drug manufacture companies and is mandated by federal regulation. The drug manufacturers have a duty to inform the FDA in a timely fashion of material changes in the safety of its drugs and to update its product labels when it becomes apparent that the labels are misleading and/or inaccurate regarding risks and benefits.

G.    The FDA does not and cannot independently guarantee the safety of all pharmaceutical products.

H.    The FDA relies upon drug manufacturers to conduct appropriate clinical studies at the outset. The manufacturer controls all of the critical elements regarding these trials. The FDA does not have its own independent testing laboratories and does not dependently deal with drug products to determine their safety or effectiveness. The FDA relies strictly on the drug manufacturer for proper pre-clinical and clinical trials.

I.    The FDA requires that drug manufacturers track and report adverse events regarding drugs. Health care providers do not necessarily associate patient's complaints or symptoms with drug related adverse events. Therefore it is critical that drug manufacturers fully alert drug prescribers to potential adverse events and safety concerns with their products and all promotional materials. If a drug manufacturer does not properly completely submit adverse event reports, and subsequent analysis to the FDA, then the FDA cannot appreciate the changing safety profiles for drugs when not reported to the FDA .

J.    Drug manufacturers are required to continually upgrade their package inserts and labeling and all promotional materials when additional safety information is gathered.

K.    The product insert and the PDR are prepared by the manufacturer and not by the FDA.

9

L.     The FDA's office of drug safety is responsible for reviewing safety information. The number of adverse reports every year is substantial. As a result of this workload, drug manufacturers must monitor their own drugs for safety and report to the FDA on the significance of their findings.

M.     The regulatory scheme established by the FDA requires that the responsibility and burden is on the drug companies to review evaluate analyze and report all adverse reactions to the drug.

N.     Bayer violated reporting compliance requirements with respect to Baycol. The materials provided by Bacycol did not comply with FDA regulations.

O.     As early as 1995 Bayer was asked by the FDA to add additional warnings to the warning section in the Cipro package inserts regarding ruptures of the shoulder, hand and Achilles tendons. Although the FDA asked Bayer to include additional language in the warning section, Bayer did not make the requested changes. By contrast, other manufacturers of fluroquinolones promptly added the requested language to their labels.

P.     An FDA Advisory Panel is investigating Bayer's failure to properly disclose information regarding Trasylol. Bayer failed to report to the FDA the existence of an independent study, which was highly unfavorable to the drug.

6.     **Plaintiffs reserve the right to rely on selected portions of expert testimony proffered by Defendants' experts.**

7.     **Plaintiffs reserve the right to offer rebuttal and impeachment evidence by means of additional expert testimony.**

8.     **Plaintiffs reserve the right to supplement this designation.**

Respectfully submitted,

FINKELSTEIN & HORVITZ, PC

By: _____

Nathan I. Finkelstein, Esquire
Laurie B. Horvitz, Esquire
Robert J. Goldman, Esquire
7315 Wisconsin Avenue
Suite 400 East
Bethesda, MD 20814
301-951-8400 (phone)
301-951-8401 (fax)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by faxing a copy of the

same, by first class U.S. mail, on this 28th day of February 2007 to:

Michael L. Lisak, Esquire
Michael J. Wasicko, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

_____
Nathan I. Finkelstein

11

March 4, 2006

### CURRICULUM VITAE

Name: J. Michael Casparian, M.D.
Current Position:  Chief, Dermatology/Dermatologic Surgery, VA Eastern Kansas Health Care System
                    4101 4th Street Trafficway Leavenworth, Kansas 66048

### PROFESSIONAL DEVELOPMENT

Undergraduate and Graduate Education:

| Years | Degree | Institution |
|---|---|---|
| 1975-79 | B.A. (Natural Sciences) | Johns Hopkins University, Baltimore, MD |
| 1979-83 | M.D. | Albert Einstein College of Medicine, Bronx, NY |

Postgraduate Education:

| Years | Area of Study | Institution |
|---|---|---|
| 1983-84 | Intern, Internal Medicine | UTHSCD-Parkland Memorial, Dallas, TX |
| 1984-86 | Resident, Internal Medicine | UTHSCD-Parkland Memorial, Dallas, TX |
| 1986-89 | Fellow, Nephrology | Albert Einstein College of Medicine, Bronx, NY |
| 1989-92 | Resident, Dermatology | University of Alabama at Birmingham |
| 1992-93 | Fellow, Laser Surgery | Massachusetts General Hospital, Boston, MA |
| 1993-94 | Fellow, Mohs/Derm Surgery | University of Alabama at Birmingham |
| 1998-99 | Business of Med. Certificate | Johns Hopkins University (4 MBA level courses) |

Academic and Other Professional Appointments and Activities

| Month and Year | Position | Institution |
|---|---|---|
| 8/94-6/01 | Assistant Professor University of Kansas Medical Center Internal Medicine (Dermatology), Pathology, and Otolaryngology | |
| 7/01-present | Chief, Dermatology/ Dermatologic Surgery | VA Eastern Kansas Health Care System |

Professional Registration/Licensure:

| Year | Number | State | Status |
|---|---|---|---|
| 1983 | | Texas | Inactive |
| 1986 | | New York | Inactive |
| 1989 | | Alabama | Inactive |
| 1992 | | Massachusetts | Inactive |
| 1994 | 25322 | Kansas | Active |

Professional Certifications:

| Date | Board |
|---|---|
| 1986 | American Board of Internal Medicine |
| 1988 | American Board of Internal Medicine (Nephrology) |
| 1992 | American Board of Dermatology (Initial certification) |
| 1999 | American Board of Dermatology (Recertified, expires 2012) |

Professional Societies and Affiliations:

| Year | Organization |
|---|---|
| 1993 | American Academy of Dermatology – Fellow |
| 1994 | Kansas City Dermatological Society – Member |
| 1999 | American College of Mohs Micrographic Surgery and Cutaneous Oncology- Fellow (Awarded Fellow status based on demonstration of experience and peer-review) |

Honors and Awards:

| Year | Award |
|---|---|
| 1978 | Phi Beta Kappa (Johns Hopkins University) |
| 1982 | Alpha Omega Alpha (Albert Einstein College of Medicine) |
| 1983 | Friedman Brothers Fellowship (to study medical ethics for 2 months in Jerusalem, Israel) |
| 1994 | "Best basic science original paper" (2nd author) American Society for Laser Medicine and Surgery annual meeting, Toronto |

CV For: J. Michael Casparian, M.D.                                          Page 2

## *Publications*

### PUBLICATIONS IN PEER-REVIEWED JOURNALS

Meese RB, Gonzales DG, Casparian JM, Ram CV, Pak CM, Kaplan NM. The inconsistent effects of calcium supplements upon blood pressure in primary hypertension. *Am J Med Sci.* 1987;294:219-224

Dierickx CC, Casparian JM, Venugopalan V, Farinelli WA, Anderson RR. Thermal relaxation of port-wine stain vessels probed in vivo: the need for 1-10-millisecond laser pulse treatment. *J Invest Dermatol.* 1995;105:709-714

Smith MS, Bloomer C, Horvat R, Goldstein E, Casparian JM, Chandran B. Detection of human herpesvirus 8 DNA in Kaposi's sarcoma lesions and peripheral blood of human immunodeficiency virus-positive patients and correlation with serologic measurements. *J Infect Dis.* 1997;176:84-93

Tawfik O, Casparian JM, Garrigues N, Smith S, Kestenbaum T, Chamberlin F, Khan QS. Neuroendocrine differentiation of a metastatic basal cell carcinoma in a patient with basal cell nevus syndrome. *J Cutan Pathol.* 1999;26:306-310

Smith SL, Belmont JM, Casparian JM. Analysis of pressure achieved by various materials used for pressure dressings. *Dermatol Surg.* 1999;25:931-934

Casparian JM, Krell J. Using a side effect to therapeutic advantage: the darkening of red eyebrow tattoo pigment following q-switched laser treatment. *Dermatol Surg.* 2000;26:255-257

Casparian JM, Luchi M, Moffat RE, and Hinthorn D. Quinolones and tendon ruptures. *South Med J.* 2000;93:488-491

Nathan D, Singh S, Kestenbaum TM, Casparian JM. Cutaneous Mycobacterium chelonae in a liver transplant patient. *J Am Acad Dermatol.* 2000;43:333-336

### INVITED NON-PEER REVIEWS:

Casparian JM. "Clinical Photomedicine" by Lim HW, Soter NA. [Book review] *Arch Dermatol.* 1995;131:261

Casparian JM. "Surgical Dermatopathology" by Maloney M. et al. [Book review] *Mod Pathol.* 1999;12:1056

### PUBLISHED ABSTRACTS:

Meese RB, Gonzales DG, Casparian JM, Ram CV, Pak CM, Kaplan NM. Failure of calcium supplements to relieve hypertension. *Clin Res* 1986;34:218A

Casparian JM, Blaum JM, Huang ST, Soong VY. Treatment of severe drug-induced erythema multiforme having features of Stevens-Johnson syndrome and toxic epidermal necrolysis with plasmapheresis: a case report. *South Med J.* 1991;84(2S):18

Grevelink JM, Casparian JM, Gonzalez E, Momtaz K, DeCoste SD, Grassi AM, Kilmer S., Anderson RR. Undesirable side effects associated with treatment of tattoos and pigmented lesions with Q-switched lasers at 1064 nn and 694 nm: the MGH experience. *Lasers Surg Med.* 1993;S5:55-56

Kilmer SL, Casparian JM, Wimberly JM, and Anderson RR. Hazards of Q-switched lasers. *Lasers Surg Med.* 1993;S5:56

Dierickx CCPM, Casparian JM, Farinelli WA, Anderson RR. Measurement of portwine stain-vessel thermal relaxation and tissue effects using two 585 nm pulses, time-delayed in the 1-10 msec domain. *Lasers Surg Med* 1994;S6:46

CV For: J. Michael Casparian, M.D.                                         Page 3

## *Presentations*

**ORAL PAPER PRESENTATIONS (NATIONAL SCIENTIFIC MEETINGS):**

<u>Casparian JM</u>, Gonzalez E, Momtaz K, DeCoste SD, Grassi AM, Anderson RR, Grevelink JM. Undesirable effects associated with the 577 nm and 585 nm pulsed dye lasers: the MGH experience. Annual clinical and scientific meeting of the American Society for Dermatologic Surgery, Charleston, SC, March 1993.

Grevelink JM, <u>Casparian JM</u>, Gonzalez E, Momtaz K, DeCoste SD, Grassi AM, Kilmer S., Anderson RR. Undesirable side effects associated with treatment of tattoos and pigmented lesions with Q-switched lasers at 1064 nn and 694 nm: the MGH experience. Annual meeting of the American Society for Laser Medicine and Surgery, New Orleans, LA, April 1993.

Kilmer SL, <u>Casparian JM</u>, Wimberly JM, and Anderson RR. Hazards of Q-switched lasers. Annual meeting of the American Society for Laser Medicine and Surgery, New Orleans, LA, April 1993.

Dierickx CCPM, <u>Casparian JM</u>, Farinelli WA, Anderson RR. Measurement of portwine stain-vessel thermal relaxation and tissue effects using two 585 nm pulses, time-delayed in the 1-10 msec domain. Annual meeting of the American Society for Laser Medicine and Surgery, Toronto, Ontario, April, 1994.

*As noted in Lasers Surg Med. 1994;15:112-118, this was awarded "Best basic science original paper" at the Toronto meeting.*

<u>Casparian JM</u>, Monheit GD. Recurrence of vascular lesions following treatment with a 585 nm pulsed dye laser. Annual clinical and scientific meeting of the American Society for Dermatologic Surgery, San Diego, CA, March, 1994.

<u>Casparian JM</u>, Beier B. Advantages of large quadrants for Mohs histopathology and tips for preparing their sections. American Society for Dermatologic Surgery/American College of Mohs Micrographic Surgery and Cutaneous Oncology meeting, ACMMSCO session. Denver, CO, November, 2000.

<u>Casparian JM</u>, Monheit GD. The winch stitch: a holding stitch between Mohs stages that facilitates closure of large wounds. American Society for Dermatologic Surgery/American College of Mohs Micrographic Surgery and Cutaneous Oncology meeting, combined session of both the ASDS/ACMMSCO. Denver, CO, November, 2000.

**ORAL PAPER PRESENTATIONS (REGIONAL SCIENTIFIC MEETINGS):**

Meese RB, Gonzales DG, <u>Casparian JM</u>, Ram CVS, Pak CYC, Kaplan NM. Failure of calcium supplements to relieve hypertension. Southern Society for Clinical Investigation, New Orleans, LA, February, 1986.

<u>Casparian JM</u>, Blaum JM, Huang ST, Soong VY. Treatment of severe drug-induced erythema multiforme having features of Stevens-Johnson syndrome and toxic epidermal necrolysis with plasmapheresis: a case report. Annual scientific assembly of the Southern Medical Association, Atlanta, GA, November 1991.

CV For: J. Michael Casparian, M.D.                                         Page 4

**POSTER PRESENTATION (NATIONAL SCIENTIFIC MEETING):**

Nathan D, Singh S, Kestenbaum TM, Casparian JM. Cutaneous Mycobacterium chelonae in a liver transplant patient. Summer meeting of the American Academy of Dermatology, Chicago, IL, July, 1996.

Casparian JM, Pratt MA, Mundhenke SD, and Belmont JM. Can people actually make the fundamental judgement underlying the shadow rule for skin cancer prevention? American Society of Dermatologic Surgeons/American College of Mohs Micrographic Surgeons and Cutaneous Oncologists annual meeting, Denver, CO, November, 2000.

Tendon problems, including tendonitis and ruptures, are frequently reported in the medical literature with Ciprofloxacin and other related medications called fluoroquinolones. The association of fluoroquinolones and tendon ruptures has been well established not only by case reports and side-effect monitoring studies, but also experimental models that prove a cause and effect relationship between fluoroquinolones and tendon damage. While a single dose of a fluoroquinolone can disrupt tendons, the risk of tendon ruptures increases with the duration of their use. Moreover, Ciprofloxacin can cause irreversible tendon damage that may be silent initially, and not obvious to the patient until long after the medication has been discontinued. Since Ms. Glickman was on Ciprofloxacin for many months, which is much longer than the typical course for this medication (listed as 10-14 days in the 2003 PDR), she was at an extremely high risk for fluoroquinolone-associated tendon problems, including tendonitis and tendon rupture. Various tendons have been reported to develop tendonitis and/or rupturing after taking fluoroquinolones, and in one series almost half of the cases had disruption of more than one tendon. While Ms. Glickman had no prior history of tendon problems prior to being on this medication, she ruptured both a posterior tibial and a rotator cuff tendon after she completed an extended course of Ciprofloxacin.

Rotator cuff tendon damage following the use of fluoroquinolones has been reported in the literature, including a report of a rupture in the article that I authored published in the *Southern Medical Journal*. Ms. Glickman had no other risk factors for developing her rotator cuff tendonitis besides using Ciprofloxacin. Despite an attempt at treating her tendonitis, her tendon subsequently ruptured. Ciprofloxacin, therefore, is the most likely cause for her rotator cuff tendonitis that eventually ruptured.

In addition to rupturing her rotator cuff tendon, Ms. Glickman also ruptured the posterior tibial tendon, one of her lower extremity tendons. Many cases of fluoroquinolone-associated tendon ruptures in the literature involve patients who have one or more predisposing conditions for tendon ruptures. Since she had a history of a leg fracture prior to her receiving Ciprofloxacin, Ms. Glickman had a musculoskeletal condition that may have predisposed her to rupturing a lower extremity tendon, since the strain associated with the broken bone and soft tissue healing could have affected tendons on that leg by distorting their anatomy and altering their biomechanics. Thus, in addition to the prolonged course of Ciprofloxacin, Ms. Glickman's history of a leg fracture should have been regarded as an additional risk factor for tendonitis and rupture.

While the product information highlights the need for patients to notify their doctor about tendon symptoms so that Ciprofloxacin can be discontinued, there is no mention regarding the heightened risk of prolonged courses of the medication, or the need for additional caution in the setting of an associated risk factor. For a patient at high risk, such as Ms. Glickman, the product information should have underscored the need for avoiding unnecessary exertion to prevent undo strain on her lower extremity that could lead to rupture. Moreover, the product information should have recommended continued vigilance in monitoring tendon-related symptoms even after the medication has been discontinued, to ensure preventive measures could be taken at the first signs of any problems. Furthermore, if the risks of prolonged exposure to Ciprofloxacin had been adequately disclosed to her physicians in the product information, particularly given her known underlying musculoskeletal risk factor (e.g. the leg fracture), it is

possible that her course of Ciprofloxacin may have been shortened, or perhaps avoided altogether.

The Achilles is the most frequently affected tendon associated with the use of fluroquinalones. Reasons that the Achilles tendon is at the greatest risk for fluoroquinolone-associated problem include the anatomy and biomechanical forces that are typically associated with this tendon. However, given this patient's history of a prior leg fracture combined with her having an accessory bone in her lower extremity, her unique anatomy and associated biomechanics may have predisposed her nearby posterior tibial tendon, rather than her Achilles tendon, to tear following the course of Ciprofloxacin. While she had both of these risk factors (the leg fracture and accessory bone) for many years, it is striking that she had no history of tendon problems until after her extensive course of Ciprofloxacin and then "spontaneously", without any identifiable additional strain, ruptured her posterior tibial tendon. Additionally, the likelihood that Ciprofloxacin was linked to her posterior tibial tendon rupture is increased by the fact that she ruptured her rotator cuff tendon as well.

In summary, this patient who had previously had no tendon problems developed tendon ruptures of the posterior tibial tendon and a rotator cuff tendon following a prolonged course of Ciprofloxacin. To a reasonable degree of medical certainty, Ciprofloxacin, a medication linked to tendonitis and tendon ruptures, contributed to Ms. Glickman's tendon problems.

# CURRICULUM VITAE

## Warren S. Joseph, D.P.M.

### *PERSONAL*

| | |
|---|---|
| Business Address: | 1109 Old Ford Rd.<br>Huntingdon Valley, PA  19006 |
| Business Phone: | (215) 379-5672 |
| Business Fax | (215) 379-4870 |
| Email | wsjoseph@comcast.net |
| Home Address: | 1109 Old Ford Rd.<br>Huntingdon Valley, PA  19006 |
| Home Phone: | (215) 379-1560 |
| Birthplace: | Philadelphia, PA |
| Date of Birth: | May 5, 1956 |
| Citizenship: | USA |
| Marital Status: | Married |
| Spouse: | Judith S. Joseph |
| Spouse's Occupation: | Physician Assistant |
| Children: | Eric<br>Marc |

### *EDUCATION AND TRAINING*

| UNDERGRADUATE SCHOOL | DATES | DEGREE/YR/SUBJECT |
|---|---|---|
| University of Pennsylvania<br>Philadelphia, Pennsylvania | 1974-78 | B.A. 1978, Biology |

**Warren S. Joseph, D.P.M.**                                **Curriculum Vitae**

PROFESSIONAL SCHOOL

     William M. Scholl College
     Of Podiatric Medicine
     Chicago, Illinois       1978-82    D.P.M. magna cum laude, 1982

GRADUATE MEDICAL EDUCATION

     Residency, Podiatric Medicine/Surgery    St. Joseph's Hospital
                                      Philadelphia, PA    1982-84

     Fellowship, Infectious Diseases    Hahnemann University School of Medicine
                                                1984-85

LICENSURE

| | | |
|---|---|---|
| Pennsylvania | SC-002447-L | 1982-present |
| Illinois | 016-003375 | 1982-present |
| Florida | CP-1691 | 1985(Inactive) |

BOARD CERTIFICATION

    Primary Podiatric Medicine
    American Board of Podiatric Orthopedics
    & Primary Podiatric Medicine         #1840        1994

***APPOINTMENTS***

    ACADEMIC

        Adjunct Clinical Associate Professor       2005-present
        Dr. William Scholl College of Podiatric
        Medicine at Rosalind Franklin Univ of
        Medicine and Science

        Adjunct Associate Professor of Internal Medicine   1999-2002
        Section of Infectious Diseases
        Temple University School of Medicine
        Philadelphia, PA

-2-

**Warren S. Joseph, D.P.M.**                           **Curriculum Vitae**

Associate Professor of Medicine                          1990-2000
Chief, Section of Infectious Diseases
Temple University School of Podiatric Medicine

HOSPITAL

Podiatric Infectious Disease Consultant
    St. Joseph's Division - North Philadelphia Health System
    Philadelphia, PA                                     1984-1994

Podiatric Infectious Disease Consultant.
Attending in Division of Podiatric Surgery
    Cooper Hospital/Center City
    Philadelphia, PA                                     1985-1993

Attending in Division of Podiatric Surgery
    Hospital of the Philadelphia College of
    Osteopathic Medicine - Parkview Division
    Philadelphia, PA                                     1985-1994

Podiatric Infectious Diseases Consultant
    Girard Division - North Philadelphia Health System
    Philadelphia, PA                                     1990-1994

Div. of Podiatric Medicine/Dept. of Surgery
    University of Pennsylvania Health System
    Presbyterian Medical Center
    Philadelphia, PA                                     1994-present

Section of Infectious Diseases/Dept. of Internal Medicine
    Temple University Hospital
    Philadelphia, PA                                     1990-2001

Podiatric Consultant/Department of Primary Care
    Veterans Administration Medical Center
    Coatesville, PA                                      2001-present

## PROFESSIONAL ACTIVITIES

**Warren S. Joseph, D.P.M.**                          **Curriculum Vitae**

EDUCATIONAL – 1st PROFESSIONAL DEGREE LEVEL

Course Director - Podiatric Infectious Diseases
Spring Trimester, 3rd year curriculum                          1987-2000

Wound Dressing Workshop-Principles of Primary Care Course
Spring Trimester, 2nd year curriculum                          1989-2000

"PROFESSOR OF THE YEAR" AWARD –Class of 2001          2000

EDUCATION – RESIDENCY LEVEL

Director of Podiatric Medical Education                          1995-1998
Primary Podiatric Medicine Residency Training Program
Presbyterian Medical Center/University of Pennsylvania Health System

CLINICAL

Co-Director Ulceration/Vascular Clinic
Foot and Ankle Institute
9 hours/wk                                                      1986-1999

Attending Faculty – Foot & Ankle Institute
Diagnosis Section
3 hours/wk                                                      1986-2000

Attending Faculty – Foot & Ankle Institute
Presbyterian Med. Center Satellite
3 hours/wk                                                      1995-1999

PROFESSIONAL PUBLICATIONS

Editor:                                                         1991 – Present
Journal of the American Podiatric Medical Association

Editorial Advisor:                                              2005-Present
Foot and Ankle Quarterly

-4-

**Warren S. Joseph, D.P.M.**                                    **Curriculum Vitae**

Editorial Board Memberships:                                        2000-Present
Therapy (A Future-drugs journal)
Podiatry Today
Podiatry Management

Special Editor:
Microbiology and Infectious Diseases
Journal of the American Podiatric Medical Association              1986-1991

Editor:
Infections and Other Disorders of the Lower Extremities
New Jersey Podiatric Medical Association,                          1997

Co-Editor:
Journal of Foot Surgery Supplement: A Team approach to
Infections of the Lower Extremity in the Diabetic Patient          1987

Infectious Disease Editor
Yearbook of Podiatric Medicine                                     1987-1990

Editor: Special Issue in Infectious Diseases
Journal of the American Podiatric Medical Association              1989

Guest Editor: Infectious Diseases Issue.
Clinics in Podiatric Medicine and Surgery                          1990

Editorial Contribution: Diabetes and Your Feet.
Krames Communications                                              1990

## RESEARCH

"The Comparative Efficacy of Clindamycin vs. Cephalexin in the
Treatment of Diabetic Foot Ulcers."                                1988

"Safety and Efficacy of Naftifine Cream 1% vs. Clotrimozole Cream
1% in Tinea Pedis."                                                1990

## PRESENTATIONS (Too numerous to list. This is a sample for 2004-2005)

Methicillin Resistant Staphylococcus aureus
Podiatric Grand Rounds

-5-

02/28/2007 17:58 FAX 3019518401          FINKELSTEIN & HORVITZ PC                      ☑025/035

**Warren S. Joseph, D.P.M.**                              **Curriculum Vitae**

> Yale-New Haven Medical Center
> New Haven, CT                                     March 28, 2005

Diabetic Foot Infections:  A New Classification
> Orthopedic Grand Rounds
> North Shore Plainview Hospital
> Plainview, NY                                     March 24, 2005

Antibiotics for Diabetic Foot Infections
Fungal infections in the Diabetic Foot
> DF-CON '05 (International Diabetic Foot Congress)
> Hollywood, CA                                     March 3-5, 2005

Methicillin Resistant Staph Aureus
> Agnes Seminar
> Barry Univ. School of Podiatric Medicine
> Miami Shores, FL                                  February 12, 2005

Workshop in Infectious Diseases
> Los Angeles County "Treasure Hunt"
> Los Angeles, CA                                   January 29, 2005

Drugs and Bugs 2005
> Wm. Scholl College of Podiatric Med
> North Chicago, IL                                 January 21, 2005

Diabetic Foot Infections: A New Classification
The  Onychomycosis Disconnect
> Colorado Podiatric Medical Assoc
> Denver, CO                                        December 4, 2004

Methicillin Resistant Staph Aureus
> University of Texas Diabetic Foot Conference
> San Antonio, TX                                   December 3, 2004

Oral Therapy for Onychomycosis
> Podiatry Institute Seminar
> Sanibel Island, FL                                November 14, 1997

**Warren S. Joseph, D.P.M.**                         **Curriculum Vitae**

Diabetic Foot Infections: A New Classification
    Podiatry Institute
    Jacksonville, FL                                November 6, 2004

Diabetic Foot Infections: A New Classification
    Medicine Grand Rounds
    St. Joseph Mercy Hospital
    Ann Arbor, MI                                  September 24, 2004

Diabetic Foot Infections
    Malvern International Diabetic Congress
    Malvern, UK                                    May 12-14, 2004

## *PROFESSIONAL SOCIETIES*

### LOCAL, REGIONAL, NATIONAL

| | |
|---|---|
| Fellow, Infectious Diseases Society of America (elected) | 2000 |
| Fellow, College of Physicians of Philadelphia (elected) | 1996 |
| Fellow, American College of Foot & Ankle Orthopedics and Medicine | 1995 - 2002 |
| American Diabetes Association | 2005 |
| Member, Infectious Diseases Society of America (elected) | 1989 |
| BuxMont Podiatric Medical Association | 1989 |
| American Diabetes Association - Foot Health Council | 1987 |
| American Society for Microbiology | 1986 |
| Philadelphia County Podiatric Medical Association | 1985 |
| Pennsylvania Podiatric Medical Association | 1985 |
| American Podiatric Medical Association | 1985 |

## *COMMITTEES*

### PROFESSION/NATIONAL

Diabetic Foot Infection Guidelines Committee
Infectious Diseases Society of America                    1999-present

-7-

**Warren S. Joseph, D.P.M.**                                      **Curriculum Vitae**

| | |
|---|---|
| Deliberative Group 3 (Primary Podiatric Medicine)<br>Educational Enhancement Project, APMA | 1996-1997 |
| Faculty Representative to American Association<br>Colleges of Podiatric Medicine | 1990-1993 |
| Podiatric Medicine Test Committee<br>National Boards of Podiatric Medicine | 1986-1991 |

UNIVERSITY

| | |
|---|---|
| HIV Policy Committee<br>Temple Univ. Health Science Center | 1998-2003 |
| Graduate Medical Education Committee<br>University of Pennsylvania Health System | 1997-1999 |

SCHOOL

| | |
|---|---|
| Hearing Committee<br>Temple University School of Podiatric Medicine | 1997-2000 |
| Appointment, Promotion, Tenure Committee<br>TUSPM | 1997-2000 |
| Quality Assurance Committee<br>TUSPM | 1985-2000 |
| Institutional Review Board<br>Pennsylvania College of Podiatric Medicine | 1985-1996 |
| Chairman, Infection Control Sub-Committee<br>Pennsylvania College of Podiatric Medicine | 1986-1995 |
| Curriculum Committee<br>Pennsylvania College of Podiatric Medicine | 1988-1996 |
| Chairman, Faculty Affairs Committee<br>Pennsylvania College of Podiatric Medicine | 1989-1993 |

**Warren S. Joseph, D.P.M.**                          **Curriculum Vitae**

HOSPITAL

| | |
|---|---|
| Antibiotic Subcommittee, Pharmacy Therapeutics Committee<br>North Philadelphia Health System | 1986-1991 |
| Infection Control Committee<br>North Philadelphia Health System | 1990-1993 |

## *PUBLICATIONS*

PEER REVIEWED, INDEXED ARTICLES

1.  Smith, B., Joseph, W., Weber, S.: Ciprofloxacin: Comparative In
    Vitro Antimicrobial Activity. 85th American Society for Microbiology
    Meeting, Las Vegas, 1985.

2.  LeFrock, J.L., Joseph, W.: Infectious in Diabetic Patients. Infections
    in Surgery, Vol 5:3, 1986.

3.  LeFrock, J.L., Smith, B.R., Joseph, W., et al: Comparative in Vitro
    Antimicrobial Activity of Carumonam. A New Monocylic Beta-Lactam.
    Antimicrobial Agents and Chemotherapy. Vol 29:2, pgs. 346-349, Feb.
    1986

4.  Smith, B.R., LeFrock, J.L., Joseph, W., et al.: In Vitro Activity A-
    56619 and A-56620,, Two New Aryl-Fluoroquinolone Antimicrobial
    Agents. Antimicrobial Agents and Chemotherapy. Vol 29:2, pgs.
    335-358, Feb. 1986

5.  Joseph, W.S.: Pathogenesis of Diabetic Foot Infection. Journal of Foot
    Surgery. Supplement 26 (1), pgs. S7-S11, Jan/Feb 1987

6.  Joseph, W.S.: LeFrock, J.L.: Infections Complicating Puncture Wounds
    of the Foot. Journal of Foot Surgery. Supplement 26 (1), S30-S33,
    Jan/Feb 1987.

7.  Simon, W.H., Joseph, W.S.: Clinical Imaging With Indium-111-oxine
    Labeled Leukocyte Scan: (Review and Case Report) Clinics of Podiatric
    Medicine and Surgery 5:329, 1988

**Warren S. Joseph, D.P.M.**                                      **Curriculum Vitae**

8.   Joseph, W.S.: Clinical and Laboratory Diagnosis of Lower Extremity
     Infections. Journal American Podiatric Medical Assn. 79 (10) 1989

9.   Joseph, W.S., Axler, D.A.: Microbiology and Antimicrobial Therapy
     of Diabetic Foot Infections. Clinics in Podiatric Medicine and Surgery.
     Vol. 7 (3) July 1990

10.  Myers, R.A., Littel, M.L., Joseph, W.S.: Bite Wound Infections of the
     Lower Extremity. Clinics in Podiatric Medicine and Surgery. Vol 7 (3)
     July 1990

11.  Joseph, W.S., Treatment of Lower Extremity Infections in Diabetics.
     Drugs Vol. 42 (6) 1991

12.  Joseph WS, Kosinski M. Prophylaxis in Lower Extremity Infectious
     Diseases. In Kosinski, M, Special Editor, Clinics in Podiatric
     Medicine and Surgery. 13:647, October, 1996

13.  Joseph WS, LeFrock JL. Oral Antibiotics in Lower Extremity Infections.
     In Kosinski, M, Special Editor, Clinics in Podiatric Medicine and Surgery.
     13:683, October, 1996

14.  Joseph WS. Oral Treatment Options for Onychomycosis. Journal of the
     American Podiatric Medical Assoc. 87:520, 1997

15.  Joseph WS, Sabo M. Cutaneous Hyperpigmentation and Minocycline.
     Journal of the American Podiatric Medical Association. 90:5, 2000

16.  Gupta AK, Joseph WS. Ciclopirox 8% Nail Lacquer in the Treatment of
     Onychomycosis of the Toenails in the United States. Journal of the
     American Podiatric Medical Association. 90:10, 2000

17.  Schein JR, Gause D, Joseph WS, et.al  Patient Satisfaction with Oral vs.
     Nonoral Therapeutic Approaches in Onychomycosis. Journal of the
     American Podiatric Medical Association. 91:521-528, 2001

18.  Joseph WS, Tan JS. Infections in Diabetic Foot Ulcerations. Current
     Infectious Disease Reports. Vol 5 (5):391-397, 2003

19.  Tan JS, Joseph WS. Common Fungal Infections of the Feet Among
     Patients with Diabetes Mellitus. Drugs & Aging. 21(2)101-112, 2004

**Warren S. Joseph, D.P.M.**                                    **Curriculum Vitae**

20.  Lipsky BA, Berendt AR, Deery HG, Embil JM, <u>Joseph WS</u>, Karchmer AW, LeFrock JL, Lew DP, Mader JT, Norden C, Tan JS.  IDSA Guideline: Diagnosing and Treating Diabetic Foot Infections.  Clinical Infectious Diseases, 39:885-910, 2004

21.  <u>Joseph WS</u>.  The oral antifungal patient.  Clin Podiatr Med Surg, 21:591-604. 2004

22.  Scher RK, Elston DM, Hedrick JA, <u>Joseph WS</u>, Maurer T, Murakawa GJ.  Treatment Options in the Management of Uncomplicated Skin and Skin Structure Infections.  Report from a Clinical Roundtable.  Cutis 75:1S 2005

23.  <u>Joseph WS</u>.  Optimal Management of Uncomplicated Skin and Skin Structure Infections of the Lower Extremity.  Current Infectious Disease Reports. 8:384-389. 2006

24.  Scher RK, Tavakol A, Sigurgeirsson B, Hay RJ, <u>Joseph WS</u>, et al.  Onychomycosis:  Diagnosis and Definition of Cure.  J Am Acad Dermatol. 2007 (in press)


ABSTRACTS

1.  LeFrock, J.L., Smith, B.R., <u>Joseph, W.</u>, et al:  Comparative In Vitro Evaluation of RO-172301, A New Monobactam Antibiotic.  14th International Congress of Chemotherapy, Kyoto, Japan, 1985. POSTER

2.  Smith, B.R., LeFrock, J.L., <u>Joseph, W.</u>: et al:  Comparative In Vitro Evaluation of Four Quinolone Antimicrobials, A-55619,  Congress of Chemotherapy, Kyot, Japan, 1985.  POSTER

3.  <u>Joseph, W.S.</u>:  Use and Abuse of Antibiotics in the Treatment of Lower Extremity Infections.  Abstract, American Public Health    Association, 119th Annual Meeting, Atlanta, GA., Nov. 1991 PLATFORM

4.  AK Gupta, <u>WS Joseph</u>.  Evaluation of the mycological cure rates when ciclopirox nail lacquer is used in combination with oral terbinafine to treat toenail onychomycosis. APMA "The National", Boston, MA, August 2004

BOOKS, CHAPTERS, MONOGRAPHS

-11-

02/28/2007 18:00 FAX 3019518401          FINKELSTEIN & HORVITZ PC          031/035

**Warren S. Joseph, D.P.M.**                    **Curriculum Vitae**

1.  Joseph, W.S.: "Osteomyelitis," Chapter in Current Therapy in Podiatric Medicine. Editor, Richard Jay, D.P.M.

2.  Joseph, W.S.: Infections Following Lower Extremity Trauma. Chapter in Foot and Ankle Trauma, Ed. Barry Scurran, D.P.M. Churchill Livingstone Inc., New York, NY, 1989

3.  Joseph, W.S.: Bacterial Infections of the Lower Extremity. Chapter in Principles and Practice of Podiatric Medicine, ed. Levy, L. and Hetherington, V. Churchill Livingstone Inc., New York, 1989

4.  Joseph, W.S.: Handbook of Lower Extremity Infections. Churchill Livingstone Inc., New York, NY 1990

5.  Stienstra, J., Lamy, C., Joseph, W.S.: Septic Arthritis. Chapter in Oloff L, Musculoskeletal Disorders of the Lower Extremities (in press)

6.  Joseph, W.S.: Lower Extremity Infections. Chapter in: Robbins, J, Editor, Primary Podiatric Medicine. W. B. Saunders Company, Philadelphia, PA 1994

7.  LeFrock, JL, Joseph, WS: Diabetic Foot Infections. Chapter in Lavery LA, Dennis KJ; Special Editors, Clinics in Podiatric Medicine and Surgery-The Diabetic Foot. 12:87, 1995

8.  Joseph WS. The Podiatric Approach to Onychomycosis. In Scher R, Daniels R. (eds) The Nail . WB Saunders & Co., Philadelphia, PA 1997

9.  Joseph WS. Ethics in Medical Journal Editing. In Madjumdar SK, Ethics in Academia, Pennsylvania Academy of Science, Philadelphia, PA 2000

10. Joseph WS., Werchler WP, Galitz, J, Feldman SR, Goldsmith H, Burgess CM. Rethinking Onychomycosis. Supplement to Podiatry Today and Skin & Aging. July, 2000

11. Wolf JE, Joseph WS, Rich PE. The Diabetic Foot: Infectious and Noninfectious Cutaneous Disorders. Clinical Symposia (Monograph) Vol 53 (1), 2002. Icon Learning Systems

**Warren S. Joseph, D.P.M.**                              **Curriculum Vitae**

12. <u>Joseph WS</u>, Jennings M, Landsman A, Pollak R, Kosinski M. How to Treat Lower Extremity Infections. Supplement to Podiatry Today, March 2002

13. Elewski B, Jorizzo J, Leyden J, Markinson B, Odom R, Scher R, Dockery G, <u>Joseph WS</u>. Novel Therapeutic Strategies in the Management of Fungal Foot Conditions. CME Monograph. The Institute for Medical Information. March 2002.

14. <u>Joseph WS</u>: Handbook of Lower Extremity Infections, Second Edition. Churchill Livingstone (Elsevier Scientific), St. Louis, MO. 2002

15. Armstrong DG, Boulton AJM, <u>Joseph WS</u>, Lipsky BA. Managing Diabetic Foot Infections. Supplement to Podiatry Today. January 2003

16. Scher R, <u>Joseph WS</u>, Robbins J. Progression and Recurrence of Onychomycosis. CME Monograph on www.medscape.com. April, 2003

17. <u>Joseph WS</u>, Blass BC, Gupta A, Shin HT, Spielfogel WD. Treating Fungal Infections. Supplement to Podiatry Today, March 2004

18. Armstrong DG, <u>Joseph WS</u>, Lavery L, Lipsky BA. Treating MRSA Infections. Supplement to Podiatry Today, April 2004

19. <u>Joseph WS</u>, Armstrong DG, Cervantes H, Malay S, Malkin KF, Mozena J. Managing Onychomycosis. Supplement to Podiatry Today, June 2004

20. <u>Joseph WS</u>, Scher RK. Understanding the Realities of Antifungal Therapy. Supplement to Podiatry Today, November 2004

21. <u>Joseph WS</u>. Diagnosis, Treatment of Diabetic Foot Infections. Diabetic Microvascular Complications Today 1:20-23, 2004

22. <u>Joseph WS</u>, Mozena, JD. The Podiatric Approach to Onychomycosis. In Scher R, Daniels R. (eds) <u>The Nail, 3rd Edition</u>. Elsevier Scientific, Philadelphia, PA 2005

23. <u>Joseph WS</u>, Zgonis T, Roukis TS. A Closer Look at Diabetic Foot Infections. Podiatry Today. July 2005

-13-

**Warren S. Joseph, D.P.M.**                                    **Curriculum Vitae**

24.  McElgunn PS, Friedlander SF, <u>Joseph WS</u>. Not Just a Cosmetic Problem: Best Practices in the Prevention and Treatment of Onychomycosis. Johns Hopkins Advanced Studies in Medicine. Vol 5 (6D). June 2005

25.  <u>Joseph WS</u>. Onychomycosis in the Patient with Diabetes. Diabetic Microvascular Complications Today. Vol 2(4). July/Aug 2005

26.  Vinik AI, Bril V, Friedlander M, <u>Joseph WS</u>, Molitch ME, Tuttle KR, Zinman B. Cross Specialty Management of Diabetic Patients. Supplement to: Diabetic Microvascular Complications Today. Sept/Oct 2005

27.  <u>Joseph WS</u>, Sapico F, Tan JS. Diabetic Foot Infections. Chapter in Tan, JS (ed). Expert Guide to Infectious Diseases. American College of Physicians, Philadelphia, PA. 2006 (in press)

28.  <u>Joseph WS</u>, Kosinski M. The Widening Challenge: How to Manage MRSA. Podiatry Management. November/December 2005

29.  <u>Joseph WS</u>. Treatment of Uncomplicated Skin Infections: A Novel Algorithm. Podiatry Management. November/December 2005

30.  Armstrong DG, <u>Joseph WS</u>, Lavery L, Lipsky BA. Treating Diabetic Foot Infections. Supplement to Wounds. November 2005

31.  Armstrong DG, <u>Joseph WS</u>, Lavery L, Lipsky BA, Sheehan P. New Concepts in Managing Diabetic Foot Infections. Supplement to Podiatry Today (also published in Wounds, Clinical Geriatrics, Vascular Disease Management). April 2006

32.  Rich P, <u>Joseph WS</u>. Pictorial Guide to the Differential Diagnosis of Uncomplicated Skin and Skin Structure Infections. American Academy of CME, Inc. April 2006

33.  Andros G, Armstrong DG, Attinger C, Boulton AJM, Frykberg RG, <u>Joseph WS</u>, Lavery LA, Morbach S, Niezgoda JA, Toursarkissian B. Consensus Statement on Negative Pressure Wound Therapy (VAC Therapy) for the Management of Diabetic Foot Wounds. Supplement to Podiatry Today (also published in Wounds). July 2006

34.  <u>Joseph, WS</u>. Guest Editor. Infectious Diseases. In: Foot and Ankle Quarterly. Vol 19(1) Spring 2007

**Warren S. Joseph, D.P.M.**                                        **Curriculum Vitae**

OTHER PUBLICATIONS (Commentary)

1.   Joseph, WS. Frequent Questions Asked About the Need for Prophylaxis in a
     Patient at Risk for Endocarditis. Journal of the American Podiatric Medical
     Assoc. 88:92, 1998

2.   Joseph, WS  Podiatric Medical Research. Journal of the American Podiatric
     Medical Association  90:279, 2000

3.   Joseph WS  Introduction to the Special Issue: Ciclopirox 8% Nail Lacquer.
     Journal of the American Podiatric Medical Association.  90:10, 2000

4.   Joseph WS. Probe to Bone: Is it the Best Test for Osteomyelitis.  Point –
     Counterpoint. Podiatry Today. January 2007.

-15-

## CURRICULUM VITAE FOR HAROLD B. GLICKMAN, D.P.M.

**Born:** Fort Meade, Maryland, September 15, 1945
**Graduate:** Emory University, BA degree, 1967
**Graduate:** Pennsylvania College of Podiatric Medicine, 1971

**First-Year Surgical Residency:** Giuffre Medical Center, Philadelphia, Pennsylvania, 1971-1972
**Second-Year Surgical Residency:** Chief resident, Giuffre Medical Center, 1972-1973
**Chief Podiatric Medicine and Surgery:** Group Health Association, Washington, D.C., 1973-1975.
**Private Practice:** Washington, D.C. 1975 to the present.

**Member of:** American Podiatric Medication Association
District of Columbia Podiatric Medical Association
American Public Health Association
American College of Sports Medicine
American College of Podiatric Sports Medicine
American Association of Hospital Podiatrists.

**Hospital Affiliations:** George Washington University Medical Center - Clinical Associate Professor of Orthopedic Surgery
Capitol Hill Hospital
Sibley Memorial Hospital
Shady Grove Adventist Hospital
Center for Ambulatory Surgery, Inc.
National Rehabilitation Hospital

**Positions held:**

President, District of Columbia Podiatric Medical Association, 1981-1983
President District of Columbia Podiatric Medical Association, 1985-1987
Chairman, Peer Review Committee, Blue Cross/Blue Shield of the National Capitol Area currently
Chairman, Peer Review Committee for the Washington, D.C. metropolitan area, Medicare-Pennsylvania Blue Shield currently
Member, board of trustees, Health Management Strategies, Incorporation (the precertification organization of Blue Cross/Blue Shield of the National Capitol Area)
Member, Board of Trustees, American Podiatric Medical Association
President, American Podiatric Medical Assn. 2005 - 2006