IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, *et al.*, | * |
| Plaintiffs | * |
| v. | *   Case No. 1:05-cv-2046 |
| BAYER CORPORATION, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Strike Plaintiffs' Expert and for Sanctions, and any opposition thereto, it is this _____ day of _____, 2007 hereby ORDERED that:

    1.    The motion is GRANTED; and it is further ORDERED that

    2.    Plaintiffs shall not be entitled to call Harold B. Glickman, D.P.M. as an expert witness in this case; and it is further ORDERED that

    3.    Plaintiffs shall not be entitled to further supplement their designation of expert witnesses.

IN THE ALTERNATIVE, it is hereby ORDERED that:

    1.    Plaintiffs pay reasonable expenses, including attorney's fees, for the second deposition of Dr. Glickman; and

- 2 -

2. Defendants may inform the jury of Plaintiffs' failure to make a timely disclosure of their intent to call Dr. Glickman as an expert.

_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia