IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN**, *et al.*, | * |
| Plaintiffs | * |
| v. | *   Case No. 1:05-cv-2046 |
| **BAYER CORPORATION**, *et al.*, | * |
| **Defendants**. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR HEARING

Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC respectfully request a hearing on its Motion to Strike Plaintiffs' Expert Witness and for Sanctions.

Respectfully submitted,

_____/s/_____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation, Defendants*