IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:05-cv-2046 |
| BAYER CORPORATION, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS J. CULLEN, JR.

Defendants Bayer Corporation, Bayer HealthCare LLC and Bayer Pharmaceuticals Corporation (collectively referred to as "Bayer") hereby move this Honorable Court, under Local Rule 83.2(d) for the *pro hac vice* admission of Thomas J. Cullen, Jr., Esquire, of the firm of Goodell, DeVries, Leech & Dann, LLP, to appear, file pleadings and participate as co-counsel for Bayer in this case, and in further support of this Motion, state as follows:

1. Mr. Cullen is a partner in the law firm of Goodell, DeVries, Leech & Dann, LLP, located at One South Street, Suite 2000, Baltimore, Maryland, 21202; telephone 410-783-4000.

2. Mr. Cullen is a member in good standing of the Bars of the States of Maryland and Tennessee.

3. By his signature below, Mr. Cullen certifies that he has never been disciplined by any Bar, and that he is a member in good standing of all of the Bars previously listed.

4. During the previous two years, Mr. Cullen has not been admitted *pro hac vice* to this Court.

5.  Mr. Cullen does not engage in the practice of law from an office located in the District of Columbia. Mr. Cullen is not a member of the District of Columbia Bar, nor does he have an application pending.

6.  Mr. Cullen requests leave to appear *pro hac vice* in order to file pleadings and participate as co-counsel for Bayer in this case. Mr. Cullen agrees to abide by the Rule of this Court and to submit to the standards and procedures applicable to members of the Bar of the United States District Court for the District of Columbia.

7.  Michael Lisak, Esquire, is a member of the Bar of the United States District Court for the District of Columbia, and is serving as counsel for Bayer in this matter

WHEREFORE, Defendants respectfully request that this Honorable Court order that Mr. Cullen be admitted *pro hac vice* to serve as co-counsel for Bayer in this case.

Respectfully submitted,

/Michael L. Lisak/
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation, Defendants*

BY: _____
Thomas J. Cullen, Jr.
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for *Pro Hac Vice* Admission of Thomas J. Cullen, Jr., was sent electronically this 21st day of March of 2007 to:

Nathan Finkelstein
Laurie Horvitz
Robert J. Goldman
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave., 400 East
Bethesda, MD 20814
(301) 951-8400
***Attorneys for Plaintiffs***

                                                 /Michael J. Wasicko/
                                                 Michael J. Wasicko

841853

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, *et al.*,          *

      Plaintiffs          *

v.          *     Case No. 1:05-cv-2046

BAYER CORPORATION, *et al.*,          *

      Defendants.          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON consideration of Defendants' Motion for *Pro Hac Vice* Admission of Thomas J.. Cullen, Jr., it is, on this _____ day of _____, 2007 hereby ORDERED:

1. That Defendants' Motion is GRANTED; and

2. Thomas J. Cullen, Jr. shall be allowed to appear before this Court as co-counsel on behalf of Bayer in this matter.

_____
Judge Ellen S. Huvelle
U.S. District Court for District of Columbia