# EXHIBIT A

# Bonnie Bilson

**From:** Michael Lisak
**Sent:** Wednesday, February 28, 2007 4:10 PM
**To:** 'laurieh@fandhlaw.com'
**Cc:** 'Nathan Finkelstein (natf@fandhlaw.com)'; 'Rob Goldman'
**Subject:** Glickman

Laurie,

Your expert reports are due today (I have not yet received them but assume they are on the way). When you have a moment, can you call me so that we can arrange mutually-convenient times for their respective depositions? Thanks.

Michael L. Lisak

---

IMPORTANT CONFIDENTIALITY NOTICE
This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
contains information that may be privileged, confidential,
and protected from disclosure under applicable law. If the
reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication
is strictly prohibited.

If you have received this communication in error, please
reply to the sender that you have received the message in
error and delete the message, or notify us immediately at
our telephone number: (410)783-4000.

1