IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN**, *et al.*, | \* |
|     **Plaintiffs** | \* |
| v. | \*   **Case No. 1:05-cv-2046** |
| **BAYER CORPORATION**, *et al.*, | \* |
|     **Defendants**. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendants' Defendants' Motion to Compel and to Modify Scheduling Order or, in the Alternative, Motion to Strike Plaintiffs' Experts, it is, on this _____ day of _____ of 2007 hereby:

**ORDERED:**

1. That Defendants' Motion to Compel and to Modify Scheduling Order is GRANTED;

2. That, within 10 days of the date of this Order, Plaintiffs must provide dates for the depositions of their experts;

3. That 30 days after the completion of the depositions Plaintiffs' experts, Defendants are to provide Rule 26(a)(2) disclosures;

4. That the depositions of Defendants are to be completed 30 days after the date of the Defendants' Rule 26(a)(2) disclosures.

5. The amended Scheduling Order, with the new deadlines adjusted in accordance with Order, is attached and to be completed by the Court.

- 2 -

**OR, IN THE ALTERNATIVE:**

    1.    Plaintiffs shall not be entitled to call Warren Joseph, D.P.M., or J. Michael Casparian, M.D. as expert witnesses in this case; and it is further ORDERED that

    2.    Plaintiffs shall not be entitled to further supplement their designation of expert witnesses.

_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia

cc:    All counsel of record