IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHERILL GLICKMAN,** *et al.*, | * |
|     **Plaintiffs** | * |
| v. | *    **Case No. 1:05-cv-2046** |
| **BAYER CORPORATION,** *et al.*, | * |
|     **Defendants**. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED SCHEDULING ORDER

UPON CONSIDERATION of Defendants' Defendants' Motion to Compel and to Modify Scheduling Order or, in the Alternative, Motion to Strike Plaintiffs' Experts, it is, on this _____ day of _____ of 2007 hereby:

ORDERED that, based on the date of the Order granting Defendants' Motion to Compel, the amended Scheduling Order is modified as follows:

1. The depositions of Plaintiffs' experts are to be completed by _____;

2. The deadline for Defendants to identify experts and to provide expert reports shall be _____;

3. The depositions of Defendants' experts are to be completed by _____;

4. The deadline for Plaintiffs to identify rebuttal experts shall be _____;

5. The deadline for filing Requests for Admission shall be _____;

6. The depositions of Plaintiffs' rebuttal experts shall be completed by _____;

7. The deadline for the filing of Responses to Requests for Admissions shall be

_____;

8. The deadline for the filing of dispositive motions and/or Daubert motions shall be _____;

9. The date of the Pre-Trial Conference shall be provided by the Court. Motions *in Limine* shall be filed by the date of the Pre-Trial Conference;

10. The trial shall begin on the date provided by the Court. The parties agree that the trial on this matter should take two to possibly three weeks to complete.

_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia

cc: All counsel of record