IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:05-cv-2046 |
| BAYER CORPORATION, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 37 CERTIFICATE

Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC, by and through undersigned counsel, hereby certify, pursuant to Rule 37(2)(A) of the Federal Rules of Civil Procedure, that counsel has made a good faith effort, as evidenced by the Exhibits attached to its motion, to confer with Plaintiffs' counsel in an effort to secure the disclosure sought by this motion.

/s/
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Bayer Corporation, Bayer HealthCare LLC,
and Bayer Pharmaceuticals Corporation, Defendants*