IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, *et al.*,          *

    Plaintiffs                                  *

v.                                                          *    Case No. 1:05-cv-2046

BAYER CORPORATION, *et al.*,     *

    Defendants.                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR HEARING

Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC respectfully request a hearing on its Motion to Compel and to Modify Scheduling Order or, in the Alternative, Motion to Strike Plaintiffs' Experts

Respectfully submitted,

_____/s/_____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Bayer Corporation, Bayer HealthCare LLC, and Bayer Pharmaceuticals Corporation, Defendants*