IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.,                    *

    Plaintiffs          *

v.                                                              *     Civil No. 1:05-cv-2046

BAYER CORPORATION, et al.,           *

    Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION FOR ENLARGEMENT OF TIME

COME NOW, Plaintiffs, Sherill Glickman and Harold Glickman, by and through undersigned counsel, and request that this Honorable Court permit Plaintiffs an additional period of time, through and including April 6, 2007, within which to respond in opposition to Defendant Bayer Corporation, Motion To Strike Expert and For Sanctions ("Motion"). In support of this Motion, Plaintiffs offer the following:

    1. Defendant served its Motion on March 20, 2007.

    2. Plaintiffs' counsel needs the additional period of time through and including April 6, 2007 to completely and fully respond to said Motion and the arguments contained therein.

    3. Defendant's counsel has consented to the request of Plaintiffs' counsel for an additional period of time within which to respond to said Motion.

    4. Neither party will be prejudiced by this brief enlargement of time.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court permit Plaintiffs to file their opposition to Defendant's Motion on or before Friday, April 6, 2007.

Respectfully submitted,

FINKELSTEIN & HORVITZ, PC

_/s/_____
Nathan I. Finkelstein  #173682
Laurie Horvitz #384702
Robert J. Goldman #481642
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814
(301) 951-8400
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of April 2007, served a copy of the foregoing upon counsel for the Defendants electronically:

Michael L. Lisak
Michael J. Wasicko
Thomas J. Cullen, Jr.
GOODELL, DE VRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000

_/s/_____
Nathan I. Finkelstein