**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHERILL GLICKMAN, et al.,                          *

      Plaintiffs                *

v.                                           *    Civil No. 1:05-cv-2046

BAYER CORPORATION, et al.,             *

      Defendants.         *

## ORDER

Having considered the Consent Motion for Enlargement of Time, it is this ___ day of April 2007, hereby:

ORDERED, that said Motion is GRANTED; and

FURTHER ORDERED, that Plaintiffs shall have through and including April 6, 2007 to file their opposition to Defendant Bayer Motion To Strike Expert and For Sanctions.

SO ORDERED.

                                              JUDGE, **DISTRICT COURT**
                                              **FOR THE DISTRICT OF COLUMBIA**

COPIES TO:
Nathan I. Finkelstein
Laurie Horvitz
Robert J. Goldman
7315 Wisconsin Avenue, Suite 400 East
Bethesda, Maryland 20814

Michael L. Lisak
Michael J. Wasicko
Thomas J. Cullen, Jr.
GOODELL, DE VRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000