# EXHIBIT 1

## Laurie Horvitz

**From:** Laurie Horvitz [laurieh@fandhlaw.com]
**Sent:** Friday, March 16, 2007 4:53 PM
**To:** Michael Lisak
**Subject:** RE: Glickman

Yes. I am faxing a report from Harold Glickman. Of course, you may take his expert deposition. I also have spoken to Dr. Casparian about deposition dates. Dr. Casparian may be willing to come to the D.C. area if we can find a mutually convenient time. Please confirm that Bayer would pay for his reasonable travel costs and a hotel if he comes here. He wants to know if a Saturday deposition would be possible. If not, just let me know. He is verifying his professional and personal calendar. Unfortunately, he may not be available before April 12th. Evidently, he needs to give considerable notice to his employer in order to take a day off. Obviously, we will provide you with any extension necessary to take expert depositions. I will inquire about Dr. Joseph's contacts with Bayer/Miles. Regards. - Laurie Horvitz

> -----Original Message-----
> **From:** Michael Lisak [mailto:mll@gdldlaw.com]
> **Sent:** Friday, March 16, 2007 11:31 AM
> **To:** laurieh@fandhlaw.com
> **Cc:** Michael Wasicko; Mark Kaifer; Bonnie Bilson
> **Subject:** RE: Glickman
>
> Laurie,
>
> Anything yet in response to my letter of March 9th and subsequent follow-ups? Thanks.

**From:** Laurie Horvitz [mailto:laurieh@fandhlaw.com]
**Sent:** Tuesday, March 13, 2007 12:13 PM
**To:** Michael Lisak
**Subject:** RE: Glickman

I have been trying to reach Dr. Casparian for deposition dates. I will try again before calling you. - Laurie

> -----Original Message-----
> **From:** Michael Lisak [mailto:mll@gdldlaw.com]
> **Sent:** Tuesday, March 13, 2007 11:02 AM
> **To:** laurieh@fandhlaw.com
> **Cc:** Bonnie Bilson
> **Subject:** Glickman
>
>
> Laurie,
>
> I am following-up on my faxed letter of March 9th concerning your experts. Please call me. I am in the office today until 2 and in the rest of the week aside from some sporadic meetings/etc.

Thanks.

Michael L. Lisak

---------------------------------------------------------

IMPORTANT CONFIDENTIALITY NOTICE
This message from the law firm of Goodell, DeVries, Leech & Dann, LLP
contains information that may be privileged, confidential,
and protected from disclosure under applicable law. If the
reader of this message is not the intended recipient or the
employee or agent responsible for delivering the message to
the intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this communication
is strictly prohibited.

If you have received this communication in error, please
reply to the sender that you have received the message in
error and delete the message, or notify us immediately at
our telephone number: (410)783-4000.