UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION, et al.<br><br>Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-cv-2046<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendants' Motion to Strike Plaintiffs' Expert Witness and For Sanctions, Plaintiffs' Opposition thereto and the record herein, it is this ____ day of _____, 2007,

ORDERED that the Motion is DENIED.

> JUDGE ELLEN S. HUVELLE
> UNITED STATES DISTRICT COURT
> DISTRICT OF COLUMBIA

Copies to:
    Michael L. Lisak, Esquire
    Michael J. Wasicko, Esquire
    Thomas J. Cullen, Jr., Esquire
    Goodell, DeVries, Leech & Dann, LLP
    One South Street, 20th Floor
    Baltimore, Maryland 21202

    Nathan I. Finkelstein # 173682
    Laurie B. Horvitz # 384702
    Robert J. Goldman #481642
    Finkelstein & Horvitz, P.C.
    7315 Wisconsin Avenue
    Suite 400 East
    Bethesda, MD 20814