UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERILL GLICKMAN, et al. ) | |
| ) | |
| ) | |
| ) | Civil Action No. 1:05-cv-2046 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BAYER CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of the Defendants' Motion to Compel and To Modify Scheduling Order or, in the Alternative, Motion to Strike Plaintiffs' Experts, the opposition thereto and the record herein, it is this ____ day of _____, 2007,

ORDERED that the Motion is DENIED in part and GRANTED in part as follows; and it is further

ORDERED that Defendants' request for an order compelling deposition dates is DENIED as moot; and it is further

ORDERED that the Defendants' alternative request for an order striking Dr. Joseph as an expert witness is DENIED as moot; and it is further

ORDERED that the Defendants' alternative request for an order striking Dr. Casparian as an expert witness is DENIED; and it is further

ORDERED that the Defendants' alternative request to limit the Plaintiffs' entitlement to further supplement Plaintiffs' designation of expert witnesses is DENIED; and it is further

ORDERED that the Motion is GRANTED in part with respect to the requested modification of the scheduling order and the following deadlines shall apply:

| Event | Deadline |
| --- | --- |
| Depositions of Plaintiffs' Experts | May 10, 2007 |
| Designation of Defendants' Experts | June 10, 2007 |
| Depositions of Defendants' Experts | July 25, 2007 |
| Designation of Rebuttal Experts | August 25, 2007 |
| Requests for Admissions | August 25, 2007 |
| Responses to Requests for Admissions | September 25, 2007 |
| Dispositive motions and/or Daubert Motions | October 25, 2007 |

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Copies to:
    Michael L. Lisak, Esquire
    Michael J. Wasicko, Esquire
    Thomas J. Cullen, Jr., Esquire
    Goodell, DeVries, Leech & Dann, LLP
    One South Street, 20th Floor
    Baltimore, Maryland 21202

    Nathan I. Finkelstein # 173682
    Laurie B. Horvitz # 384702
    Robert J. Goldman #481642
    Finkelstein & Horvitz, P.C.
    7315 Wisconsin Avenue
    Suite 400 East
    Bethesda, MD 20814