# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MICHAEL L. LISAK
MLL@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4013

ADMITTED IN MARYLAND AND D.C.

March 26, 2007

**VIA FACSIMILE**     (301) 951-8401

Laurie B. Horvitz, Esquire
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Bethesda, Maryland 20814

Re:  *Glickman v. Bayer Corporation, et al.*
     Civil No.: 1:05-cv-2046

Dear Laurie:

Since February 28th, I have been asking for proposed deposition dates for Drs. Casparian and Joseph. I have yet to be provided with <u>any</u> proposed deposition dates for either witness one month later. Given that you had apparently retained these experts months ago and the long-existing deadline for their depositions, I do not understand the unexplained delay.

Obviously, your experts' depositions will not take place before the Court's April 2nd corresponding deadline. You indicated that you have no objection to my taking them after April 2nd given this situation. I would also like to point out that the Court's staggered scheduling order makes it clear that my client is to have 30 days after the completion of your experts' depositions before I am required to provide my experts' reports, and then another 30 days past that for my experts' depositions to be concluded. Please be advised that I will be following this staggered scheduling no matter when your experts are deposed as my client should not be prejudiced by your failure to provide proposed deposition dates for your experts.

Thank you.

Sincerely,

Michael L. Lisak

MLL/bb

843540

```
* * *  COMMUNICATION RESULT REPORT ( MAR. 26. 2007 12:24PM )  * * *
                                                                    TTI

TRANSMITTED/STORED  MAR. 26. 2007 12:18PM
FILE  MODE          OPTION              ADDRESS                         RESULT      PAGE
----------------------------------------------------------------------------------------
4190  MEMORY TX                         15000570047391301951840 1      OK          2/2

----------------------------------------------------------------------------------------
    REASON FOR ERROR
        E-1) HANG UP OR LINE FAIL           E-2) BUSY
        E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
```

# GOODELL, DeVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

March 26, 2007

## TELECOPY COVER SHEET

### CONFIDENTIALITY NOTICE

This facsimile transmission contains confidential information belonging to Goodell, DeVries, Leech & Dann, LLP, or its client(s) that is intended solely for the recipient named below. GOODELL, DEVRIES, LEECH & DANN, LLP, HEREBY EXPRESSLY PRESERVES AND ASSERTS ALL PRIVILEGES AND IMMUNITIES APPLICABLE TO THIS TRANSMISSION. If you are not either the intended recipient or an agent or employee of the intended recipient, this transmission was sent to you in error. Any review, examination, use, disclosure, reproduction, or distribution of this transmission or the information herein stated by anyone other than the intended recipient is STRICTLY PROHIBITED. If you have received this transmission in error, please read no further than this cover sheet and immediately telephone the sender to arrange for the return of this transmission to Goodell, DeVries, Leech & Dann, LLP, which will bear all costs of return. Thank you.

## THE FOLLOWING DOCUMENT SHOULD BE DIRECTED TO:

RECIPIENT:        Laurie B. Horvitz
FILE NO.:         57-473
TELECOPIER NO:    (301) 951-8401
FROM:             Michael L. Lisak
COMMENTS:         Please see the attached.

NUMBER OF PAGES: _____ (INCLUDING COVER SHEET)

PLEASE CALL US IF THIS TRANSMISSION IS INCOMPLETE OR ILLEGIBLE.
SENDER'S NAME: Bonnie Bilson
SENDER'S NO.:   (410) 649-2998