# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHERILL GLICKMAN, et al.,** | \* | |
| **Plaintiffs** | \* | |
| **v.** | \* | **Case No. 1:05-cv-2046** |
| **BAYER CORPORATION, et al.,** | \* | |
| **Defendants.** | \* | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## AMENDED SCHEDULING ORDER

UPON CONSIDERATION of Defendants' Defendants' Motion to Compel and

to Modify Scheduling Order or, in the Alternative, Motion to Strike Plaintiffs' Experts, it is, on

this _____ day of _____ of 2007 hereby:

ORDERED that, based on the date of the Order granting Defendants' Motion to Compel, the

amended Scheduling Order is modified as follows:

1.      The depositions of Plaintiffs' experts are to be completed by May 10, 2007;

2.      The deadline for Defendants to identify experts and to provide expert reports shall be

        June 11, 2007;

3.      The depositions of Defendants' experts are to be completed by July 11, 2007;

4.      The deadline for Plaintiffs to identify rebuttal experts shall be August 11, 2007;

5.      The deadline for filing Requests for Admission shall be August 11, 2007

6.      The depositions of Plaintiffs' rebuttal experts shall be completed by September 11,

        2007;

7.      The deadline for the filing of Responses to Requests for Admissions shall be

September 11, 2007;

8.    The deadline for the filing of dispositive motions and/or Daubert motions shall be

October 11, 2007;

9.    The date of the Pre-Trial Conference shall be provided by the Court.  Motions *in*

*Limine* shall be filed by the date of the Pre-Trial Conference;

10.    The trial shall begin on the date provided by the Court.  The parties agree that the

trial on this matter should take two to possibly three weeks to complete.


_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia


cc:    All counsel of record