IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR AN AMENDED SCHEDULING ORDER

1. Defendants Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC, by and through undersigned counsel, hereby submit this Consent Motion, asking this Court for an Order, pursuant to the Court's request of April 13, 2007, to extend the subsequent deadlines established in the proposed Amended Scheduling Order attached as Exhibit A.

WHEREFORE, the Defendants request that the new Scheduling Order be issued.

Respectfully Submitted,

/s/ *Robert J. Goldman*
Nathan Finkelstein (Fed. Bar No. 173682)
Robert J. Goldman (Fed. Bar No. 481642)
FINKELSTEIN & HORVITZ, P.C.
7315 Wisconsin Ave.
Suite 400 East
Bethesda, MD 20814
(301) 951-8400

*Attorneys for Plaintiffs*

/s/ *Michael L. Lisak*
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000

*Attorneys for Defendants, Bayer Corporation, Bayer Pharmaceuticals Corporation and Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I, Michael L. Lisak, hereby certify that on this 17th day of April, 2007, a copy of the foregoing Consent Motion for an Amended Scheduling Order was electronically served upon:

>Nathan I. Finkelstein
>Laurie B. Horvitz
>Robert J. Goldman
>FINKELSTEIN & HORVITZ, P.C.
>7315 Wisconsin Ave.
>Suite 400 East
>Bethesda, Maryland 20814
>
>**Counsel for Plaintiff**

>*/s/ Michael L. Lisak*
>Michael L. Lisak (Fed. Bar No. 464060)

849923