# EXHIBIT  A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SHERILL GLICKMAN, et al.,**       *

**Plaintiffs**       *

**v.**       *       **Case No. 1:05-cv-2046**

**BAYER CORPORATION, et al.,**       *

**Defendants.**       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED SCHEDULING ORDER

It is, on this _____ day of _____ of 2007 hereby ORDERED that the amended Scheduling Order is modified as follows:

1.   The depositions of Plaintiffs' experts are to be completed by May 10, 2007;

2.   The deadline for Defendants to identify experts and to provide expert reports shall be June 18, 2007;

3.   The depositions of Defendants' experts are to be completed by August 1, 2007;

4.   The deadline for Plaintiffs to identify rebuttal experts and to provide rebuttal expert reports shall be September 3, 2007;

5.   The deadline for filing Requests for Admission shall be September 3, 2007;

6.   The depositions of Plaintiffs' rebuttal experts shall be completed by October 1, 2007;

7. The deadline for the filing of Responses to Requests for Admissions shall be October 2, 2007;

8. The date of the Status Conference shall be October 5, 2007 at 9:45 a.m. ;

9. The deadline for the filing of dispositive motions, Daubert motions and motions *in limine* shall be determined by the Court at the Status Conference;

10. The trial shall begin on the date provided by the Court.  The parties agree that the trial on this matter should take two to possibly three weeks to complete.


_____
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia


cc:    All counsel of record