IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHERILL GLICKMAN, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Civil No.: 1:05-cv-2046 |
| BAYER CORPORATION, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Consent Motion for an Amended Scheduling Order and for good cause having been shown, it is this _____ day of _____, 2007,

ORDERED that the Consent Motion is GRANTED and the Clerk is directed to enter the Scheduling Order in the form attached hereto.

_____
Judge Ellen S. Huvelle
United States District Court for the District of Columbia