IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.,          *

Plaintiffs                         *

v.                                 *    Case No. 1:05-cv-2046

BAYER CORPORATION, et al.,         *

Defendants.                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

FILED
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AMENDED SCHEDULING ORDER

It is, on this 18 day of April of 2007 hereby ORDERED that the amended Scheduling Order is modified as follows:

1. The depositions of Plaintiffs' experts are to be completed by May 10, 2007;

2. The deadline for Defendants to identify experts and to provide expert reports shall be June 18, 2007;

3. The depositions of Defendants' experts are to be completed by August 1, 2007;

4. The deadline for Plaintiffs to identify rebuttal experts and to provide rebuttal expert reports shall be September 3, 2007;

5. The deadline for filing Requests for Admission shall be September 3, 2007;

6. The depositions of Plaintiffs' rebuttal experts shall be completed by October 1, 2007;

7. The deadline for the filing of Responses to Requests for Admissions shall be October 2, 2007;

8. The date of the Status Conference shall be October 5, 2007 at 9:45 a.m.;

9. The deadline for the filing of dispositive motions, Daubert motions and motions *in limine* shall be determined by the Court at the Status Conference;

10. The trial shall begin on the date provided by the Court. The parties agree that the trial on this matter should take two to possibly three weeks to complete.

 

/s/ Ellen S. Huvelle
Judge Ellen S. Huvelle
U.S. District Court for the District of Columbia

cc: All counsel of record