IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERILL GLICKMAN, et al.,                    *

        Plaintiffs                            *

   vs.                                          *          Civil No.: 1:05-cv-2046

BAYER CORPORATION, et al.,                   *

        Defendants.                           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiffs, Sherill Glickman and Harold Glickman, by their attorneys, Nathan I.

Finkelstien, Laurie B. Horvitz, Robert J. Goldman, and Finkelstein & Horvitz, P.C.;

Defendants, Bayer Corporation, Bayer Aktiengesellschaft Corporation, Bayer Healthcare,

LLC., Bayer Pharmaceuticals, by its attorneys, Michael L. Lisak and Michael J. Wasicko

and Goodell, DeVries, Leech & Dann, LLP; stipulate that this case shall be dismissed with

prejudice.


_____
Nathan I. Finkelstein (Fed. Bar No. 173682)
Laurie B. Horvitz (Fed. Bar No. 384702)
Robert J. Goldman (Fed. Bar No. 481642)
Finkelstein & Horvitz, P.C.
7315 Wisconsin Avenue
Suite 400 East
Bethesda, Maryland 20814
(301) 951-8400
Attorney for Plaintiffs

_____
Michael L. Lisak (Fed. Bar No. 464060)
Michael J. Wasicko (Fed. Bar No. MD27735)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
Attorneys for Defendants


855190